In The United States District Court
For The Middle District Of Pennsylvania

Alfred Percy Pew                    No. 1:21-CV-0421
        Plaintiff                   Magistrate Judge Martin C. Carlson
            v.

Sharon Clark - Unit Manager
Heather Haldeman - Major Of Unit Managers
Houser - Deputy Of Centralized Services
Mc Mahon - Deputy Of Facility Management
Mark Garman - Facility Manager
Nicki Paul - Corrections Superintendent Assistant
Dorina Varner - Secretary Office Inmate Grievance Appeals
John Wetzel - Executive Secretary Of Corrections
Keri Moore - Grievance Officer Assistant To Chief
Amanda West - Grievance Officer Assistant To Chief
CCTV Owners, Presidents, CEO, CTO, Shareholders
Tabb Bickell - Executive Deputy Secretary
Shirley Smeal - Executive Deputy Secretary
James Logan - Smar Communications, Inc.
Jon Logan - Smar Communications, Inc.
I.G.W. - Members Gray Davis, Cooper
Beck - Business Manager
Global Tel Link Table + Owners
Counselor - Baumgardner
2-10-Sgt, 2-10-LT, 2-10 Capt. BA Unit
Sgt. Wolf - BA Unit
Col. Confer - BA Unit
Col. Irvin - BA Unit
                    -25-

Blaylock. Accountant 1
Sampsel - Maintance Supervisor
Wade - CFMM 1
Col Curtis. BA Unit
Rivello. Deputy Facility Management
2-10 Shift, 10-6 Shift BA Unit
M. Crawford. Lieutenant
Stone, Hawks, - Maintance Department
LT. Harvey
LT. Vance
LT. Selfridge
    Defendant(s)

Amendment Defendants Sued In Their
Individual And Official Capacities For
Damages).

Amended Defendants And Amended
Claims With More Definitive
Statements In Response To Motion
To Dismiss With Brief In Support
Of Amended Defendants And Amended
Claims With More Definitive Statements

PART IV FACTS

82. Plaintiff [Alfonso Percy Pew] is a "D" Code stability Mental Health Inmate at SCI-Rockview on B-Block S.N.U.

83. Plaintiff [Alfonso Percy Pew] has mental and physical disabilities, Hypertension Disease, Anxiety Disorder, Panic Disorder, Personality Disorder, Schizoid Disorder, Schizophrenia, Paranoia, Sciatic Nerve Damage, Iliac Disc, Spinal Degeneration of L-51, L-52 Sacro Lumber Region, Osteopathic Spurring, Osteo arthritis and is issued a Back brace and Scrotal Supporter.

84. Plaintiff [Alfonso Percy Pew] since June/July 2018 has requested directly to Defendant [Sharon Clark] for a job assignment on BA Unit in cell # 1001, # 1002 or # 2002, # 2003 due to medical disability.

85. Defendant [Sharon Clark] told Plaintiff [Alfonso Percy Pew] to see Sgt. Penrod about job and when Plaintiff [Alfonso Percy Pew] saw Sgt. Penrod 2-10 about job and the Sgt. Penrod told Plaintiff [Alfonso Percy Pew] yeah, Plaintiff [Alfonso Percy Pew] could get a unit job on 2-10 shift but first the Defendant [Sharon Clark] had to authorize it which the Defendant [Sharon Clark] based on discrimination Religned and said Plaintiff [Alfonso Percy Pew] cannot have the old job of stapling up 2-10 call-out sheets on BA Unit Board.

86. Defendant [Sharon Clark] then based out of discrimination had Plaintiff [Alfonso Percy Pew] placed in the back of the block on BA Unit, cell # 1023 despite Plaintiff [Alfonso Percy Pew] as a "D" Code, "O" Code, and "H" Code should be under direct supervision in the front of BA Unit officers control booth and video cameras.

87. Plaintiff [Alfonso Percy Pew] approached officer Confer on 6-2 shift who operates the waiting list for BA Unit jobs 6-2 shift and Officer Confer put Plaintiff on the waiting list and then Plaintiff [Alfonso Percy Pew] began working as a BA Unit worker 6-2 shift on 11-19-18.

88. Defendant [Sharon Clark] was forcing Plaintiff [Alfonso Percy Pew] to work 7 days a week with no days off work and work

holidays and Plaintiff [Alfonso Percy Pew] worked from November 19th, 2018 to December 5th, 2018 with no days off nor holidays off.

89. Plaintiff [Alfonso Percy Pew] made Defendant [Mark Garman] aware in writing that Defendant [Sharon Clark] was making Plaintiff [Alfonso Percy Pew] do forced labor 7 days per week with no 2 days off and working Holidays without being allowed off and that this violated Pennsylvania Department of Corrections Policy see Form DC-135A 11/26/18 Received 11/27/18 and answered 12-3-18 marked Exhibit A

90. Plaintiff [Alfonso Percy Pew] on 11-27-18 wrote Defendant [Houser] an official letter about the forced labor and theft of Plaintiff [Alfonso Percy Pew] pay, explaining Plaintiff [Alfonso Percy Pew] was not being paid for working over 5 days and on Holidays as well as the fact that no days off was being given and by D.O.C 19¢ per 6 hours a day and if working over 5 days a week and holidays the same pay was to be paid. SEE: Official Letter 11-27-18 Marked Exhibit B

91. Defendant [Houser] took no corrective action against Defendant [Sharon Clark] on the forced labor of making Plaintiff [Alfonso Percy Pew] work 7 days a week when the DOC Policy calls for 5 days a week and making Plaintiff [Alfonso Percy Pew] work Holidays when DOC Policy calls for Holidays off knowing that Plaintiff [Alfonso Percy Pew] is by DOC Policy to be pass the 5 working day week. SEE: DC-135A 11/30/18 Exhibit C

92. Defendant [Nikki Paul] was made aware that Plaintiff [Alfonso Percy Pew] was not being paid with Defendants [Sharon Clark], [Mark Garman] and [Houser], Plaintiff [Alfonso Percy Pew] is to be paid for all the hours worked by PA DOC Policy 816 but took no corrective action against Defendant [Sharon Clark] to make sure Plaintiff [Alfonso Percy Pew] got paid for the work done November 19, 2018 to December 5th, 2018. SEE: Form DC-135A 12-4-18 Received 12-5-18 and answered 12-11-18, Exhibit D

93. Defendant [Nikki Paul] was made aware that Plaintiff [Alfonso Percy Pew] was not being paid for hours worked on 11/19/18 and conspired with Defendants [Sharon Clark], [Mark Garman], and

[Houser] to not take corrective action on Plaintiff [Alfonso Percy Pew] not being paid for 11/19/18. SEE: Form DC-135A 12-4-18 Received 12-5-18 and answer 12-10-18 Exhibit C

93. Defendant [Mark Garman] personally knew that [Alfonso Percy Pew] is to be paid for all the hours worked by PA DOC Policy 816 but took no corrective action against Defendant [Sharon Clark] to make sure Plaintiff [Alfonso Percy Pew] got paid for the work done November 19, 2018 to December 5th, 2018. SEE: Form DC-135A 12-4-18 Received 12-5-18 and answered 12-11-18. Exhibit D

94. Defendants [Sharon Clark], [Houser], [Nikki Paul], and [Mark Garman] engaged in a conspiracy to retaliatory remove Plaintiff [Alfonso Percy Pew] from job because Plaintiff [Alfonso Percy Pew] had exposed inmates on EA Unit was not being paid for working Holidays and beyond the 5 working days as well as being denied 2 days off per week and holidays off which is forced labor so a conspiratorial plot was formed to remove Plaintiff [Alfonso Percy Pew] from the job he worked from November 19, 2018 to December 5, 2018. SEE Form DC-135A 12-5-18 answered 12-10-18 Exhibit F

95. Defendant [Houser] was aware of the retaliatory conduct removal of Plaintiff [Alfonso Percy Pew] from job worked from November 19, 2018 to December 5, 2018 because of the conspiracy between Defendants [Houser], [Sharon Clark], [Nikki Paul], and [Mark Garman] and took no corrective action to rectify the adverse actions against Plaintiff [Alfonso Percy Pew] over the written complaints about forced labor and theft of pay. SEE: Form DC-135A 12-5-18 answered 12-7-18 Exhibit G

96. Plaintiff [Alfonso Percy Pew] contacted the Centre County District Attorney Office and filed a criminal complaint against Defendant [Sharon Clark] that was sent to PA. Department of Corrections OSII Defendants [John E. Wetzel] and [Dorina Varner]. SEE: Letter 12-17-18 Mark S. Smith Esq., First assistant District Attorney Exhibit H

97. Plaintiff [Alfonso Percy Pew] was told by Defendant [Sharon Clark] that the reason for job removal was because of writing to Defendant [Mark Garman] and Defendant [Sharon Clark] used

intimidation against Plaintiff [Alfonso Percy Pew] over grievance # 772344 so the Plaintiff [Alfonso Percy Pew] filed grievance # 774889 12/5/18 Received 12/6/18. SEE: Exhibit H

98. Defendants [Nikki Paul], [Mark Garman], [Houser], and [Sharon Clark] engaged in a conspirator plot to obstruct any investigation.

99. Defendant [Nikki Paul] rejected the grievance # 774889 stating Plaintiff [Alfonso Percy Pew] was on grievance restriction and accordingly Plaintiff [Alfonso Percy Pew] by DC-ADM 804 Policy was suppose to be able to re-submit grievance # 744889 in 15 working days after 12-3-18 which was the date of the last grievance # 774284. SEE: Rejection Form 12-6-18 Exhibit J

100. Plaintiff [Alfonso Percy Pew] waited 15 working days from 12-3-18 and re-submitted grievance # 774284 on 12-24-18 and Defendants [Nikki Paul], [Mark Garman], [Houser], and [Sharon Clark] engaged in a conspiracy to cover up Plaintiff [Alfonso Percy Pew] complaint so Defendant [Nikki Paul] lied and wrote Plaintiff [Alfonso Percy Pew] complaint was untimely. SEE: Form 135A 12-24-18 Received 12-24-18 and answered 12-24-18 Exhibit K

101. Plaintiff [Alfonso Percy Pew] wrote Defendant [Houser] about the violation of denying Plaintiff [Alfonso Percy Pew] access to complaint and Defendant [Houser] took no action on the violation of policy and law. SEE: Form 135A 12-27-18 answered 1-2-19 Exhibit L

102. Plaintiff [Alfonso Percy Pew] wrote Defendant [Nikki Paul] about the violation of policy and law in obstructing the processing of Plaintiff [Alfonso Percy Pew] complaint and the Defendant [Nikki Paul] continued the conspiracy with Defendants [Mark Garman], [Houser], and [Sharon Clark]. SEE: Form DC-135A 12-27-18 it is also stamped Received 12-31-18 too Exhibit M

103. Defendant [Mark Garman] participated in the conspiracy to cover up the complaint of Plaintiff [Alfonso Percy Pew] complaint was outside DC-ADM 804 which is not true and Plaintiff [Alfonso Percy Pew] has in grievance files grievances filed that were delayed due to grievance restriction. SEE: Form DC-135A 12-27-18 Recieved 1-2-19 answered 1-2-19 Exhibit N

104. Defendants [John E. Wetzel] and [Dorina Varner] were written several letters directly about Defendants [Mark Garman], [Sharon Clark], [Houser], and [Nikki Paul] conspiracy of forced labor, not paying inmates on BA Unit for work performed and the conspiracy to obstruct the complaint process and no action was taken on fixing the problem to have Plaintiff [Alfonso Percy Pew] grievance # 774889 Reviewed by PA DOC. SEE: Letter 1/11/19 Exhibit D

105. Plaintiff [Alfonso Percy Pew] again presented the matter of obstructing the complaint process by Defendant [Nikki Paul] and Defendant [Houser] continued the conspiracy and took no corrective action to have grievance # 774889 processed and Reviewed under law title 37 Pa. Code 93.8 SEE: Exhibit D

106. Defendants [Sharon Clark], [Nikki Paul], [Houser], [Mark Garman], [John E. Wetzel], and [Dorina Varner] at all times ignored PA.DOC Policy DC-ADM 816 and defaulted procedurally on grievance # 774889 by obstructing Plaintiff [Alfonso Percy Pew] from exhausting the grievance through all 3 levels of appeals.

107. Plaintiff [Alfonso Percy Pew] was not paid for BA work from 11-19-18 to 1-5-19 for pay for weekends and holidays, Plaintiff [Alfonso Percy Pew] worked. SEE: Account Exhibit Q

108. Defendants [John E. Wetzel], [Dorina Varner], [Mark Garman], [Houser], and [Sharon Clark] operates and maintains a systematic practice, custom, policy, and tradition where D-Code stability inmates on BA Unit at SCI Rockview who work are not paid for holidays and weekends and are forced to work with no days off while other Units at SCI Rockview and across the entire PA DOC prison statewide facilities, inmates are given 2 days off per week and holidays off and when they do work days off or holidays are paid 6 hours at their pay rate in accords with PA DOC Policy DC-ADM 816.

109. Plaintiff [Alfonso Percy Pew] since June/July 2018 requested to be accommodated for disabilities and moved from back of block BA # 1023 to cell BA # 1001 or # 1002 the Defendant [Mark Garman] conspired with Defendants [Sharon Clark] and [Heather Halderman] to discriminate against Plaintiff [Alfonso Percy Pew] while

knowingly permitting a list of white inmates on BA Unit to move when they desired. SEE: DC-135A 1/15/19 Received 1/16/19 answered 1-16-19 Exhibit R

110. Defendants [Houser], [Sharon Clark], [Heather Halderman], [McMahon], and [Mark Garman] each conspired to Discriminate against Plaintiff [Alfonso Percy Pew] who is black and has disabilities from moving to the front of Unit instead of being in back of Unit and the motivating factor is Plaintiff [Alfonso Percy Pew] Race and Gender. SEE: Form DC-135A 1/15/19 answered 1/16/19 Exhibit S

111. Defendant [McMahon] discriminated against Plaintiff [Alfonso Percy Pew] disabilities based on Plaintiff Race, and Gender and took no action to move Plaintiff [Alfonso Percy Pew] from back of BA Unit to BA Unit front. SEE: Form DC-135A 1/15/19 answered 1/23/19 Exhibit T

112. Plaintiff [Alfonso Percy Pew] followed protocol by taking a Voluntary Request To Change Cells Partner with Edward Wright which both inmates signed so that cells can be changed, the Sgt. Bowser 6-2 Shift refused to sign it and give it to Defendant [Sharon Clark] so Plaintiff [Alfonso Percy Pew] sent the form and request to Defendant [Mark Garman] who then conspired with Defendants [Sharon Clark] and [Heather Halderman] to discriminate against Plaintiff [Alfonso Percy Pew] disabilities due to Race and Gender. SEE: Form DC-135A Voluntary Request To Change Cell Partners 1/16/19 Received 1/17/19 answered 1/17/9 Exhibit RA

113. Defendant [Mark McMahon conspired with Defendant [Sharon Clark] to discriminate against Plaintiff [Alfonso Percy Pew] based on Race and Gender from being moved to front of BA Unit from back of BA Unit despite white inmates being treated superiorly when requesting to move. SEE: Form DC-135A 1/21/19 answers 1/23/19 Exhibit V

114. Defendant [Sharon Clark] since June/July 2018 has discriminated against Plaintiff [Alfonso Percy Pew] based on Race and Gender while exalting white inmates who are homosexual to preferential cell moves on BA Unit repeatedly in spite of the fact many moves for white inmates were made after Plaintiff

[Alfonso Percy Pew] had previously requested. SEE: Form DC-135A 1/21/19 answered 1/25/19 Exhibit #

115. Defendant [Heather Halderman] has an extensive history of conspiring with Defendant [Sharon Clark] and covering up for Defendant [Sharon Clark] and in this conspiracy participated with discrimination based on Race and Gender against Plaintiff [Alfonso Percy Pew]. SEE: Form DC-135A 1/21/19 answered 1/23/19 Exhibit X

116. Defendants [Houser], [Sharon Clark], [Heather Halderman], and [McMahon] conspired to discriminate against Plaintiff [Alfonso Percy Pew] based on Race, and gender ignoring Plaintiff [Alfonso Percy Pew] disabilities. SEE: Form DC-135A 1/21/19 answered 1/23/19 Exhibit X

117. Defendants [Mark Garman], and [McMahon] engaged in a conspiracy with Defendants [Sharon Clark], [Heather Halderman], and [Houser] to discriminate against Plaintiff [Alfonso Percy Pew] disabilities based on Race and Gender while supporting white homosexual inmates cell moves during the same time. SEE: Form DC-135A 1/21/19 answered 1/24/19 Exhibit Z

118. Defendants [Sharon Clark], [Heather Halderman], [Houser], [McMahon], and [Mark Garman] maintains on BA Unit a systematic Racist pattern, practice, custom and tradition where as white inmates, homosexuals, pedophiles, and rapist can request favorable moves repeatedly and receive racial dominance over black inmates who are denied the same privileges based upon Race and gender and to support this claim Plaintiff [Alfonso Percy Pew] offers the cell moves of [William Vaughn Clarence #NA-9993] Cell #235, [Alen Mitchell Titus # NA-3502] Cell #243, [Christopher Blake # LY-2917] Cell # 150, [David Plow # LA-1545] Cell # 216, [Fred Loury # ME-0101] Cell # 1003 as examples that BA Unit Cell move Records will show is repeated Racist based cell moves since June 2018 to date.

119. Defendants [John E. Wetzel], [Dorina Varner], [Nikki Paul], [Mark Garman], [McMahon], [Houser], [Heather Halderman], and [Sharon Clark]

create a BA Unit at SCI Rockview that discriminates against inmates with mental and physical disabilities to accommodate:

(a) Wheelchair ramp accessibility in place of steps

(b) Phone accessibility on bottom tier without climbing steps

(c) An accessible water foutain and hot water in back of BA Unit

(d) Accessible phone in back of BA Unit

When there is currently seven wheelchair inmates and numerous inmates with canes on BA Unit.

120. Defendants [John E. Wetzel], [Dorina Varner], [Nikki Paul], [Mark Garman], [McMahon], [Houser], [Heather Halderman] and [Sharon Clark] are actively discriminating against inmates with mental and physical disabilities on BA Unit SCI Rockview by:

(e) having steps to phone access.

(f) having No seating to use phones.

(g) the cleaning room has step.

(h) removing urinals out of shower rooms.

(I) Removing urinals out of cleaning room.

(J) Removing TV's from back of block of BA Unit.

(K) Removing phones from back of BA Unit.

(L) Removing water fountain from back of BA Unit.

Which actions harm disability inmates that live in back of BA block.

121. Defendants [John E. Wetzel], [Dorina Varner], [Nikki Paul], [Mark Garman], [McMahon], [Houser], [Heather Halderman] and [Sharon Clark] maintains a dangerous practice that is "Fire Hazard Congested" and harms inmates daily with disabilities by cramping inmates into small area and blocking back steps access

-34-

on BA Unit which is a danger to future safety. SEE: MEMO December 10th, 2018 Exhibit 4

122. Defendant [John E. Wetzel] has a long history, pattern, tradition, custom and practice of ignoring mental health and physical disabilities. SEE: Letter August 3, 2015 Exhibit 2

123. Defendants [John E. Wetzel], [Dorina Varner], [Mark Garman], [McMahon], [Houser], [Nikki Paul], [Heather Halderman], and [Sharon Clark] on BA Unit SCI Rockview operate a S.N.U. where Plaintiff [Alfonso Percy Pew] D-Code stability inmate and other mental disability inmates are discriminated against by having to endure increment weather to obtain psychotropic medications and the waiting lines are excessive with no indoor waiting the excessive waiting is in long lines in cold, rain and snow in winter and in other months it can be hot, windy and exhausting on mental health inmates.

124. Plaintiff [Alfonso Percy Pew] exhausted the inmate grievance system when submitting in part grievance # 783297 on 1/22/19 on ADA Claims SEE: Exhibit 3

125. Defendants [John E. Wetzel], [Dorina Varner], [Mark Garman], [McMahon], [Houser], and [Sharon Clark] procedurely defaulted when Defendants et al conspired with Defendant [Nikki Paul] who rejected to process the grievance # 783297 on 1/22/19. SEE: Form DC-135A Received and answered 1/30/19 Exhibit 4

126. Plaintiff [Alfonso Percy Pew] despite the obstruction of the grievance system not having any redress avenue available through Pennsylvania Department of Corrections DC-ADM 804 still in good faith effort attempted to appeal the rejection 1/30/19

127. Defendants [John E. Wetzel], [Dorina Varner], and [Nikki Paul] maintains a sham grievance system that does not afford Plaintiff [Alfonso Percy Pew] the rights guaranteed under PA Law Title 37 Pa. Code 93.8 inmate complaints.

128. Defendants [John E. Wetzel], [Dorina Varner], [Mark Garman], [Houser], [McMahon], [Nikki Paul], [Sharon Clark] and [Heather Halderman] maintains a system at SCI Rockview where job placement assignments hiring for block jobs is done by Unit Managers and Officers rather than a control list of hiring by Inmate Employment Office which allows for racism in hiring on block Units for block jobs by racist block staff Unit Managers and Officers.

129. Defendants [John E. Wetzel], [Dorina Varner], [Mark Garman], [Houser], [McMahon], [Nikki Paul], [Sharon Clark], and [Heather Halderman] maintains on BA Unit at SCI Rockview a racist practice where cell agreements by Unit Manager and Officers is selective, bias, prejudice, favoritism based upon race, being white and gender, being homosexual, bi-sexual or transgender.

130. Defendants [John E. Wetzel], and [Dorina Varner] lacks a comprehensive policy on cell agreement procedures to De-Escalate Unit Managers and Officers conducting race based moves in favor of white inmates and gender based moves in favor of homosexual, bi-sexual, transgenders monopoly on cell moves at the exclusions of black and heterosexuals.

CAUSES OF ACTIONS

Lines 92 through 130

Racial Discrimination

Gender Discrimination

Disabilities Discrimination

Hazard Fire Congested

Retaliation

Official Oppression

Failure to Protect Health and Safety

Failure to have De-Escalation Cell Agreement Move Policy Procedures

Employment Discrimination

## VIOLATIONS

Lines 82 through 130

Pennsylvania Constitution Article 1 Section 7

Pennsylvania Constitution Article 1 Section 13

Pennsylvania Constitution Article 1 Section 26

U.S. Constitution Amendment 1

U.S. Constitution Amendment 8

U.S. Constitution Amendment 14

Pa. Code Title 37 § 93.8 Inmate Complaints

American Disability Act 42 U.S.C. §§ 12131-12134

TITLE II

Rehabilitation Act 29 U.S.C. § 794

Rehabilitation Act 504

Title VII Federal Civil Rights Act

-37-

Employment Discrimination

Prison Policy Code of Ethics

Prison Policy DC-ADM 816

Prison Policy DC-ADM 804

## INJURIES

Job Economical Pay Lost

Job Back Pay

Physical injury from inmate collision on BA Unit

Physiological

Anxiety disorder exacerbated

Panic Disorder exacerbated

Anxiety disorder exacerbated

Mental health psychosis exacerbated

Hypertension Disease exacerbated

Insomnia

Weight gain eating disorder

Pain and Suffering from distance walking in back of block

Disabilities aggravated by having to walk to front of Unit for phone, Kiosk, water fountain hot water when none are in back of block due to removal.

Cold and sickness from having to wait in extreme lines in extreme temperatures for psychotropic medication.

## RELIEF

Declaratory Declaration of Rights

**Injunction Prospective Remedial Order**

**Damages — Monetary Judgement $75,000 punitive, $50,000 compensatory each defendant**

**Jury By Trial Demanded**

**Plaintiff Cost of Suit**

**Plaintiff Cost of Litigation**

131. As early as January 2019 Defendant(s) Sharon Clark, Heather Haldeman, Houser, Mc Mahon, Nicki Paul, Mark Garman, John Wetzel, Dorina Varner, Keri Moore were each aware that the Special Needs Unit on BA Unit housing SMI D-Code inmates such as Plaintiff Alfonso Percy Pew was fire congested and placed Plaintiff and others in serious Risk of physical harm as disability inmate. #783297 See (Exhibit #5)

132. Plaintiff in Febuary 2019 gave warning to Defendents Dorina Varner, John Wetzel, Shirley Smeal, Tabb Bickell of the American Disabilities Act violations and that Plaintiff would sue in court if the matter was not corrected. #783297 See (Exhibit #6)

133. Defendents Dorina Varner, Keri Moore, John Wetzel, Tabb Bickell, Shirley Smeal dispite of knowing about the fire hazzard on BA Unit and Risk of Harm to SMI D-Code inmates like Plaintiff on the special needs unit did nothing about the threat and took NO action to correct the danger. #783297 Plaintiff Exhausted 3/19/19 See (Exhibit #7)

134. Amended Defendant Amanda West with Defendant's Dorina Varner, John Wetzel, Tabb Bickell, Shirley Smeal all knew that Plaintiff was being denied Pa Code Title 37 §93.9 a inmate complaints administrative due process and conspired to cover up grievance #774889 by documenting a lie that there was NO evidence peeced of a resubmitted grievance #774889 ever being received while knowing that it was peeceded by a DC-135A Request to Staff. 3-26-19 Final Review Answer See (Exhibit #8)

135. Plaintiff a SMI D-Code inmate while housed on BA Unit Special Need Unit regularly peeeated to Defendents Nicki Paul, Amended Defendant Tabb Bickell, Shirley Smeal and Defendents John Wetzel, Dorina Varner and Mark Garman in March 2019 about Retaliation by staff for filing grievences and specifically #783297 peeeted to American Disability Act and NO actions were ever taken against the retaliating staff Nor actions taken to protect Plaintiff from the retaliatory conduct of staff on BA Unit Special Needs Unit See (Exhibit 9)

-39-

136. Plaintiff sent administrative remedies grievances as early as April 2019 made Amended Defendants Blaylock and CCTV, Owners, Presidents, CEO, CFO, Shareholders and John Wetzel aware that Plaintiff was being robbed of High Definition fiber optic Digital Cable Signals that Plaintiff was paying for to receive by contract agreement See (Exhibit #10)

137. Defendants John Wetzel, Mark German, Blaylock also Knew and were aware that Plaintiff could not receive regular TV over the air stations due to defect antenna that Defendants sale so Plaintiff must buy cable through contract in order to see TV for which cable is to be high definition fiber optic cable digital signals. See (Exhibit #11)

138. Plaintiff on June 6th 2019 exhausted the Grievance System on Defendants CCTV, Owners, Presidents, CEO, CFO, Shareholders John Wetzel, Mark German, Blaylock for receiving Kickbacks financial fraud, stealing of digital signal and conversion to non high definition, non-fiber optic, non-broadband cable which is a analog signal. #792192 Defendants Keri Moore and Dorina Varner were personally involved in the deprival of high definition broadband fiber optic digital cable. See (Exhibit 12)

139. As early as April 2019 Plaintiff made John Wetzel, Tabb Bickell, Shirley Smeal (Defendants aware that Plaintiff was challenging the mail policy and state statute that Restricts him as a Lifer sentenced to die in prison for his natural life from receiving nudity magazines or pornographic magazines as a heterosexual inmate which violated the principal of balance in his religion. See (Exhibit #13)

140. Defendant Nicki Paul in May 2019 ruled that Plaintiff denial of nudity magazines and pornographic magazines as frivolous. See (Exhibit #14) See (Exhibit #15)

141. On June 20th 2019 Plaintiff exhausted his grievance procedures on the deprival of nudity and pornographic magazines which violated Plaintiff religion as a heterosexual who believes in balance because the Defendants Keri Moore, Dorina Varner, John Wetzel, Tabb Bickell, Nicki Paul promote homosexualism and transgenderism fornication in the prison environment by allowing panties, brews (lipstick to be permitted for non-heterosexuals. See (Exhibit #16)

142. As early as May 2019 Plaintiff made Defendants Mark German, Deputy Heuser, Deputy McMahon, Major Haldeman, John Wetzel, Shirley Smeal, Tabb Bickell, IGWF Members Gray, Davis, Cooper aware that Plaintiff was challenging the denial of un-rated Movies being shown. See (Exhibit #17)

143. Plaintiff put Defendants German, Smeal, Bickell, Heuser, McMahon, Haldeman, Wetzel, Gray, Davis, Cooper on Notice that Plaintiff was challenging DOC Policy 7.8.1. page 1-2. See (Exhibit #18)

144. Plaintiff own financial funds which is IGWF money is spent on Movies but the Purchase of un-rated Movies or videos is denied. See (Exhibit #19)

145. Plaintiff on June 27th 2019 exhausted administrative remedies with Grievance System. See (Exhibit #20)

146. Defendants violated Plaintiff Administrative Due Process PA. Code Title 37 § 93.9 Inmate Complaints in relation to #800323 Grievance deprival of un-rated movies.

147. Plaintiff as early as April 2019 put Defendants John Wetzel, Shirley Smeal, Tabb Bickell, CCTV Owners, Presidents, CEO, CFO, Shareholders and Global (Tel Link Tablet Owners and Defendant Beck on notice that Plaintiff was challenging their denial to provide adult entertainment on cable stations or Tablet that Plaintiff paid for. See (Exhibit #21)

148. Plaintiff who is sentenced to die in prison with no parole eligibility sought to receive access to adult entertainment by cable stations or USB chip to his Tablet. See (Exhibit #22)

149. Defendants Beck and Gorman were given Notice in May 2019 that Plaintiff a LIFER was challenging the denial of access to adult entertainment through cable station as well as through USB chip on Tablet for one sentenced to die in prison without parole eligibility. See (Exhibit #23)

150. On June 27th 2019 Plaintiff exhausted his grievance appeals challenging the denial of adult entertainment access by cable stations, Tablet USB chips, TV USB chips and Defendants Keri Moore, Dorina Varner, Tabb Bickell, Shirley Smeal, John Wetzel accused Plaintiff of filing a scrap grievance simply because Plaintiff took a appeal of the grievance. See (Exhibit #24)

151. Plaintiff as early as April 2019 put Defendants Gray, Davis, Cooper, Wetzel, Smeal on notice that Plaintiff a LIFER with no parole was challenging the his funds IGWF money only being spent on G, PG, PG13 movies. See (Exhibit #25)

152. Plaintiff in May 2019 sought to have his money IGWF funds provide movies other then PG, PG13 and G rating movies challenging DC-ADM Policy 7.8.1 and Defendants Wetzel, Smeal, Bickell, Gray, McMahon, Heuser, Haldeman, Gorman to allow other ratings such as R or un-rated. See (Exhibit #26)

153. On July 3rd 2019 Plaintiff exhausted his grievance appeals on challenging PA-DOC Policy 7.8.1 that only allows Plaintiff money IGWF funds to be spent on G, PG, PG13 ratings movies only. See (Exhibit #27)

154. Defendants Jon Logan and James Logan as early as April 2019 was put on Notice with John Wetzel that the Smart Communications Inc. Mail contract was causing sabotage of inmate mail delivery. See grievance #795585 (Exhibit #28)

155. In May 2019 Plaintiff presented evidence another inmate signed Affidavit that Plaintiff mail was delivered to him. See (Exhibit #29)

156. Defendants James Logan, Jon Logan, John Wetzel, Nicki Paul, Mark Gorman were made aware of the problem of electronic mail printing and has done nothing to correct wrong delivery. See (Exhibit #30)

-41-

157. Defendants Kevin Cameron, Wetzel James Logan, Jon Logan are aware that Smart Communications Inc. scanning mail, printing out mail creates a problem with mail that is electronically scanned gets printed and stappled it all gets mixed and stuck together and delivered to wrong cells. Plewtiff exhausted the grievence procedure on this matter July 11th 2019 with nothing being resolved by defendants named. See (Exhibit # 31)

158. In June/July 2019 Defendants Haldeman, Clark, Mc Mahon permitted the ordering of Laundry line in cell for BB unit and BC unit but not for Plewtiff on BA unit. See (Exhibit # 32)

159. In August 2019 Plewtiff put Defendants Haldeman, McMahon German, Clark on notice that while Plewtiff was being deprived of Laundry line in cell for clothes the BB and BC unit was ordering and providing Laundry line for clothes. See (Exhibit # 33)

160. Plewtiff cell has two blue screws in walls putin during previous admins to tie for Laundry Lines to hang self washed clothes the Defendants Haldeman McMahon, German, Clark, Keri Mcee, Deena Varner John Wetzel, Tabb Bickell, Shirley Smeal allowed some inmates to use the Laundry line and not Plewtiff as well as provided it to BB and BC Unit but not Plewtiff on BA Unit this was exhausted in grievence on September 9th 2019. See (Exhibit # 34)

161. Defendants Baumgardee, Clark, Haldeman, McMahon German in August 2019 maintains a system that has no Policy deadline time for processing of Plewtiff's forms for visiting approval and above approval. See (Exhibit # 35)

162. Defendants Clark, Haldeman, McMahon, German, John Wetzel took no action in June 2019 to Plewtiff process of forms processing to set a deadline for authorization which would correct the problem. See (Exhibit # 36)

163. Plewtiff in June 2019 made Defendants Clark Haldeman, McMahon, Baumgardee, German aware of the problems of long delays Plewtiff experienced in May 2019 See (Exhibit # 37) See (Exhibit # 38)

164. Defendants Keri Mcee, Deena Varner, John Wetzel Tabb Bickell, Shirley Smeal took no action to correct the Policy that has no time frame for visitors (list or phone list) of Plewtiff to be processed which is then used as a way to Retaliate against Plewtiff. See (Exhibit # 39)

- 42 -

165. Plaintiff _____ al Needs Unit made a discrimination complaint as early as February 2020 against Defendants Clark, Haldeman, Heuser, 2-10 Shift BA Unit, 2-10 Sgt, 2-10 LT., 2-10 Capt. BA Unit about a discriminatory memo that took Kiosk/use time from SMU D-Code on Treatment Unit SMU. when BA-Unit only has 2 Kiosk but other units have at least 6 or more. See (Exhibit #40)

166. Defendants Nicki Paul, Garman denied Plaintiff due process administratively due in Pa.Code Title 37 §93.9 Inmate Complaints. See (Exhibit #41)

167. Defendants Clark, Haldeman, Heuser, 2-10 Shift, 2-10 Sgt. 2-10 LT., 2-10 Capt. BA Unit, Dorina Varner, John Wetzel, Tabb Bickell, Shirley Smeal, Nicki Paul were each aware of the Discrimination in the Kiosk being 2 on BA Unit and 6 or more on other unit while cutting BA Unit time for using Kiosk. See (Exhibit #42)

168. Plaintiff exhausted the grievance procedure on 4/7/20 but Defendants Keri Moore, Dorina Varner, John Wetzel, Tabb Bickell, Shirley Smeal had not taken any corrective action to stop discrimination. See (Exhibit #43)

169. As early as March 2020 Plaintiff made Defendants Clark, Haldeman, McMahon, Heuser, Garman, Sampsel, Wade, Stover, Hayles aware of severe light Bulb torture by wattage 24hr constant light Illumination. See (Exhibit #44)

170. Defendants Wade, Stover, Paul, Garman, Clark, McMahon, Heuser, Haldeman, in April 2020 took NO action to fix intense constant light Illumination on BA Unit (SMU) SMU D-Code Plaintiff 24/7. See (Exhibit #45)

171. Plaintiff exhausted administrative remedies on May 4th 2020 and Defendants Keri Moore, John Wetzel, Tabb Bickell, Shirley Smeal, Dorina Varner to fix constant light Illumination 24/7 on BA Unit SMU DCode Plaintiff. See (Exhibit #46) took NO action

172. Plaintiff during the Covid 19 Pandemic in August 2020 is not allowed to take a shower after attending weight session on Mondays and Wednesdays. See (Exhibit #47)

173. Defendants Clark, Haldeman, Heuser, Sgt. Wolf, CO1 Confer, CO1 Curtis, Nicki Paul, Garman, Wetzel, Varner, Selfridge in August 2020 all had knowledge and were involved in allowing the practice of NO showering after weight sessions during Covid 19 Pandemic. See (Exhibit #48)

174. Plaintiff claim is _____ from the the weight sessions and gym with his passes he was NOT allowed to take a shower during Covid 19 Pandemic. See (Exhibit #49) (Exhibit #50) (Exhibit #51)

175. Plaintiff exhausted his grievance appeals on 9-17-20 Defendant Clerk, Keri McCee, Dorina Varner, John Wetzel, Tabb Bickell, Shirley Smeal never took any action to get Plaintiff showers after using gym and weight sessions during Covid 19 Pandemic. See (Exhibit #52)

176. In August 2020 during Covid 19 Pandemic Plaintiff was deprived of a urinal (to urinate in) or commode to defecate in while yard is in BB yard which BA inmates had to use. See (Exhibit #53)

177. Defendants Clerk, Haldeman, Heuser, Ozeman, Varner, Rivello, Paul, Wetzel all were on notice in August 2020 that BB exercise yard had no toilet, urinal or bathroom in it. See (Exhibit #54)

178. Plaintiff exhausted his grievance appeals on 9-17-2020 and Defendants Keri McCee, Dorina Varner, John Wetzel, Tabb Bickell, Shirley Smeal took no corrective action to build a toilet, build a urinal, build a bathroom inside BB exercise yard. See (Exhibit #55)

179. In March 2020 during the Covid 19 Pandemic the BA unit Smeal. Defendants Clerk, Haldeman, Heuser, Sgt. Wolf, Co1 Conter, Co1 Irvin, Gray, Davis, Cooper, Sampsel, Hayles, Stever, Wetzel failed to build a exercise yard for the Smeal. BA unit. See (Exhibit #56)

180. Plaintiff exhausted grievance appeals on 4-15-2020 and Defendants Varner, Wetzel, Smeal, Bickell refused to build SMU. D code inmates on B-A Smeal. a Smeal. exercise yard for B-A unit inmates. See (Exhibit #57)

<u>More Definitive Statement of Complaint Lines #87 through Lines #108</u>

181. The Plaintiff is NOT making the claim that he has the right to a prison job which is NOT A federal right statutory right or constitutional right. The Plaintiff claim is discrimination and equal protection that he was forced to do more labor hours then others with out receiving state funds the General Assembly gives to PA. DOC. for such purpose and when Plaintiff complained he was removed from his assignment in retaliation without administrative due process that is in prison procedure and also as retaliation Plaintiff grievance redress process was sabotaged by the Defendants.

- 44 -

182. Lines #85 through #108 caused Plaintiff actual lost wages of pay and employment to the present.

183. Lines #109 through #130 caused Plaintiff physical deterioration to medical conditions, pain, suffering by longer walking distance, exacerbation of mental health by discrimination and retaliation with grievance process and prison unit treatment.

184. Lines #131 through #133 caused Plaintiff to be hurt from accidents with other inmates.

185. Lines #134 through #135 caused Plaintiff anxiety attacks, panic attacks and elevated blood pressures.

186. Line #136 through #138 caused loss of services related to wasted money Plaintiff paid actual damages.

187. Lines #139 through #153 caused physical pain, suffering trauma, mental health illness, emotional and physiological problems stress, depression, anxiety.

188. Lines #154 through #157 caused pain and suffering.

189. Lines #158 through #160 caused actual damages of laundry clothes that became mildew and un-dried.

190. Lines #161 through #164 caused Plaintiff Trauma and lost of communication with friends and lawyers.

191. Lines #165 through #168 caused lost of communication time available and suffering.

192. Lines #169 through #180 caused pain, suffering, physical deterioration, mental health illness, trauma, exacerbation of health and diseases.

<u>Causes of Action</u>

193. Defendants in Lines #82 through #108 violated U.S. Const. Amend 1, 8, 14 AND PA. Const. Art 1 Sec. 7, 13, 20, 26. ADA. Act.

194. Defendants in Lines #109 through #120 violated A.D.A. Act. U.S. Const. Amend 1, 8, 14 and PA. Const Art. 1 Sec. 13, 26, 20

195. Defendants in Lines #121 through #134 violated A.D.A. Act, U.S. Const. Amend 1, 8, 14, PA. Const Art. 1 Sec. 13, 26.

196. Defendants in Lines #135 violated US. Const. Amend 1, 14 PA. Const. Art. 1. Sec. 7, 20

197. Defendants in Lines #136 through #138 violated US. Const. Amend 1, 8, 14 and PA. Const. Art. 1 Sec. 7, 20, 26, 13,

198. Defendants in Lines #139 through #153 violated U.S. Const. Amend 1, 8, 14 and PA. Const. Art. 1 Sec. 7, 20, 26, 13

199. Defendants in Lines #154 through #157 violated U.S. Const. Amend 1, 8, 14 and PA. Const. Art. 1 Sec. 7, 13, 20, 26

200. Defendants in Lines #158 through #160 violates US Const. Amend 8 and PA. Const. Art. 1 Sec. 13, US. Const. Amend. 14 and PA. Const. Art. 1. Sec. 26.

201. Defendants in lines #161 violated U.S. Const. Amend. 1, 8, 14 and PA. Const. Act 1. Sec. 7, 13, 20

202. Defendants in lines #165 through #168 violated U.S. Const. Amend. 14, 8 and PA. Const. Art. 1 Sec. 13, 26

203. Defendants in lines #169 through #180 violated U.S. Const. Amend 8 and PA. Const. Art 1. Sec. 13 and U.S. Const. Amend 14 and PA. Const. Act. 1. Sec. 26.

204. Defendants in lines #181 violated ADA. Act, U.S. Const. Amend. 8, 14, PA. Const. Act 1, Sec. 13, 26, 7, 20

## Relief Requested

205. Injunctive Relief
206. Declaratory Judgment
207. Money teey Damages(s) specified in grievances and in Complaint(s)
208. Plaintiff cost of Lawsuit.
209. Plaintiff Litigation expenses.
210. Nominal Damages.
211. Trebble Damages.
212. Jury Demand on all claims terialable by Jury.

## Verification

I, Alfonso Percy Pew, Plaintiff hereby swears that the freqoing Complaint is true and correct based on my personal knowledge and experiences under the penalties of perjury. 28. U.S.C. 1746

## Proof Of Service
## 1st Class Mail

1. Office Of The Clerk
United States District Court
Middle District Of Pennsylvania
U.S. Courthouse 228 Walnut Street
P.O. Box. 983 Harrisburg, PA. 17108

2. Jonathan Blake, Esquire
15th Floor Strawberry Square
Harrisburg, PA. 17120

-46-

5-12-21

*Supt Office 123*

*Supt Office*

**Form DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

**INSTRUCTIONS**

Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| | |
|---|---|
| 1: To: (Name and Title of Officer) *Supt Office* | 2. Date: 11-26-18 |
| 3. By: (Print Inmate Name and Number) *Alonso Lewis (BD 2695)* | 4. Counselor's Name *BENNER* |
| *Inmate signature* | 5. Unit Manager's Name MS. CLARK |
| 6. Work Assignment *BA Block* | 7. Housing Assignment BA 1023 |

State Correctional Institution
**RECEIVED**
NOV 27 2018
at Rockview
Supt's Assitant's Office

8. Subject: State your request completely but briefly. Give details.

*I AM SENDING THIS REQUEST OUT TO ASK FOR A BA BLOCK WORKER. ACCORDING TO PA DOC REGULATIONS WE ARE SUPPOSE TO... (illegible) ... THIS REQUEST IS ... (illegible) ... WORKER ... (illegible) ... holidays ...*

9. Response: (This Section for Staff Response Only)

*Please discuss your hours and days of work with your Unit Manager*

| | |
|---|---|
| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name **GARMAN** _____ Sign _____ Date 12-3-18

Print        Sign

*CC: UM Clark*

Revised July 2000

CARBON COPY KEPT IN STATE POLICE RECORDS FILE

NOVEMBER 27th 2018

EXHIBIT B

FROM: Mr. Alfonso Percy Pew #BT-7263
BA BLOCK CELL 1023

TO: Deputy Of Centralized Services
Mr. Houser ←

Re: PA.(DOC) Policy Of Central Office
Dept. Of Corrections.

SIR, ON November 19th 2018 Monday I
began work as a BA Unit Block Worker
19th, 20th, 21st, 22nd, 23rd, 24th, 25th, 26th
27th. Thanksgiving was a (DOC.) recognized
Holiday on the 22nd and the 24th, 25th were
weekends Saturday and Sunday. I work 6-2
shift BA Block. This is my Documented
request to you Deputy that by PA. DOC. Policy
see DC ADM 816 Inmate Compensation Manual
Section 1 General Procedures C.1 length of
Workday and Workweek page 1.3 states:
THE STANDARD WORK WEEK CONSIST OF FIVE DAYS."
Deputy also read line #4. it says that
AN INMATE WHO IS REQUIRED TO WORK DURING A
COMMONWEALTH DESIGNATED LEGAL HOLIDAY OR ON A
DAY NORMALLY CONSIDERED A DAY OFF IS PAID AT
HIS/HER REGULAR RATE.

Deputy I have no problem working 7 days a week
with no days off and working Holidays too but
I request my $19 step A pay rate PER POLICY FOR
Working Thursday November 22nd 2018, Saturday November
24, 2018, Sunday November 25, 2018 and each Saturday
Sunday and Holiday I work from then on.

:continued:                                                    Page 2

Deputy Houser this request is to ask that you follow John Wetzel Central (office policy DC ADM 816 Inmate Compensation manual Section 3 Time Keeping and Calculations of Inmate payroll [A. Time validation sheet] IF i'm going to be working 7 days without (2 days) off per week and working Holidays I AM entitled to $19 7 days and holidays OR my (2 days off) per week including DOC holidays off. Presently I accept the 7 days with holidays at $19.

Please direct inmate employment to pay me my $19 for thanksgiving and saterday and sunday and each weekend and holiday I work from NOW ON.

(THANKYou)

Alfonso Percy Pew

11-27-18

EXHIBIT C

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.   To: (Name and Title of Officer) | 2.   Date: *11/30/18* |
| 3.   By: (Print Inmate Name and Number)<br><br>*Pew  BT 7263*<br>_____Inmate Signature_____ | 4.   Counselor's Name:<br><br>5.   Unit Manager's Name: |
| 6.   Work Assignment: | 7.   Housing Assignment: *BA 1023* |

8.   Subject:  State your request completely but briefly.  Give details.

9.   Response: (This Section for Staff Response Only)

*Upon review of your request, your should direct this concern to first your Unit Manager + then to Inmate Employment.*

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME *M. Houser DSCS*  /  *[signature]*   DATE *11/30/18*
                          Print                                          Signature

*Crossing out records*
*Files*

EXHIBIT D

State Correctional Institution

RECEIVED
DEC 05 2018
Supt's Assistant's Office

Commonwealth of Pennsylvania
Department of Corrections

**Form DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in
preparing your request, it can be responded to more
promptly and intelligently.

| 1: To: (Name and Title of Officer) | 2. Date: |
|---|---|
| Scott Office | 12-4-18 |

| 3. By: (Print Inmate Name and Number) | 4. Counselor's Name |
|---|---|
| Alonso Fern BT-7263 | Render |
| Alonso Fern (BT-7263) | 5. Unit Manager's Name |
| Inmate signature | MS. CLARK |

| 6. Work Assignment | 7. Housing Assignment |
|---|---|
| BA Block | BA 1022 |

8. Subject: State your request completely but briefly. Give details. SCI on 11-19-18
I began actual work as a block worker. CoI Conter ask me if I wanted ACB on 11-18-18. He said I began on 11-19-18.
I did actual work on 11-19-18. Ms. Alexandre UM took 1 day to send paper work to CCPM. Miller because UM Clark was not here. CCPM. Miller answered my request saying I began 11-20-18 then he got paperwork I talked to CoI Conter and He confirmed I began work on 11-19-18 but Ms. Alexander paperwork took 1 day to get to CCPM. Miller. This request is to be paid for 11-19-18 for actual work I did.

9. Response: (This Section for Staff Response Only)

Per DC ADM 816, you get paid for hours worked.
This is a unit team issue. Direct your questions to your Unit Manager.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ Sign _____ Date 12-1-18
Print

Revised July 2000

CACEL FILES 103 CRIS

EXHIBIT E

| | |
|---|---|
| **Form DC-135A**<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | **Commonwealth of Pennsylvania**<br>**Department of Corrections**<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1: To: (Name and Title of Officer) | 2. Date: |
|---|---|
| Nikki Paul | 12-4-18 |

| 3. By: (Print Inmate Name and Number) | 4. Counselor's Name: |
|---|---|
| Alfonso Percy (BT-7263) | Bender |
| Alfonso Percy (BT-7263) | 5. Unit Manager's Name |
| Inmate signature | MS. CLARK |

State Correctional Institution **RECEIVED** at Rockview Supt's Assitant's Office

DEC 05 2018

| 6. Work Assignment | 7. Housing Assignment |
|---|---|
| BA Block | BA 1023 |

8. Subject: State your request completely but briefly. Give details. You told to write to you to try and resolve a issue before a grievence. Okay on 11-16-18 Coi Confer ask me if I still wanted a job. I said yes. He said you 1st day is Monday. I began actual work on Monday 11-19-18. He told UM Alexander because UM Clark was not here 11-19-18 New CCPM Miller answered my request saying I started 11-20-18 I went to Coi Confer he said yes I started actual work on 11-19-18 but Ms. Alexander had to send the paperwork to CCPM which took 1 day. This request is to ask you to explain to CCPM Miller by Policy I'm suppose to be paid when I worked 11-19-18

9. Response: (This Section for Staff Response Only)

You were paid GLP .72 for 11/19/18. According to policy, inmates on GLP are supposed to accept responsibility for work in or around the housing unit

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name N Paul (Print) / N Paul (Sign) Date 12/10/18

Revised July 2000

*(handwritten top margin)* CARBON COPIES FOR RECORDS → TO: SUPT OFFICE

EXHIBIT F

## Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

*123* *(handwritten)*

**Commonwealth of Pennsylvania**
**Department of Corrections**

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

*(handwritten)* Supt Office

| | |
|---|---|
| 1. To: (Name and Title of Officer) *Supt. Garman* | 2. Date: *12-5-18* |
| 3. By: (Print Inmate Name and Number) *Alfonso Percy BC7263* <br> *Alonso Percy BC7263* <br> Inmate signature | 4. Counselor's Name *Bowder* |
| | 5. Unit Manager's Name *Clark* |
| 6. Work Assignment *BA Block* | 7. Housing Assignment *BA 1022* |

8. Subject: State your request completely but briefly. Give details.

*(handwritten text, largely illegible)* MY APPEAL OF JOB REMOVAL ...

9. Response: (This Section for Staff Response Only)

Mr. Pew,

You were hired as a block worker in error from an email received from UM Alexander while UM Clark was off. You were previously told by UM Clark that you would not be hired as block worker. You were job suspended and assigned GLP when it was found out that you were assigned as a block worker in her absence. By policy no inmate as a right to be assigned or continue in any specific work assignment.

Brian Miller    12/10/18

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print              Sign

EXHIBIT G

| Form DC-135A | Commonwealth of Pennsylvania<br>Department of Corrections |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in<br>preparing your request, it can be responded to more<br>promptly and intelligently. |

1. To: (Name and Title of Officer) *Dep. Heuser*

2. Date: 12-5-18

3. By: (Print Inmate Name and Number) *Allen Fennell BT728*

   *Allen Fennell BT728*
   Inmate signature

4. Counselor's Name *Beahr*

5. Unit Manager's Name *Clark*

6. Work Assignment *BA Block*

7. Housing Assignment *BA 1022*

8. Subject: State your request completely but briefly. Give details.
   I recieved my 2 page letter request recieved 11-27-18. I back from you with request dated 11/30/18. You wrote to should address concern to unit manage then to inmate employment. Well I followed your protocol and today 12-5-18 so. was should complained wrote to Sgt you and recieved by ms. Clark that to because of this I am suspended from work without pay. So now I'm writing to you to address the retaliation and process staff and needs this with a

9. Response: (This Section for Staff Response Only)
   You'll RECEIVE A RESPONSE AFTER the GRIEVANCE investigation.
   Request Slips ARE to be used prior to the GRIEVANCE.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name *M. Houser DSCS* / *[signature]*    Date 12/7/18
Print              Sign

EXHIBIT H



**County of Centre**

COMMONWEALTH OF PENNSYLVANIA
**OFFICE OF THE DISTRICT ATTORNEY**

**MARK S. SMITH**
First Assistant District Attorney

**BERNIE CANTORNA**
District Attorney

**SEAN P. MCGRAW**
Deputy District Attorney

Courthouse Annex, Room 302
106 East High Street
Bellefonte, PA 16823
Telephone (814) 355-6735
Victim/Witness (814) 548-1107

December 17, 2018

Smart Communications/PADOC
Alfonso Percy Pew #BT7263
SCI-Rockview
PO Box 33028
St Petersburg, FL 33733

    Re: Alfonso Percy Pew #BT7263 v Unit Manager Sharon Clark

Dear Mr. Pew:

      I am in receipt of your Private Criminal Complaint wherein you allege that Unit
Manager Sharon Clark committed Official Oppression by suspending your employment
after you reported to DOC officials that inmates were not being paid for employment on
Saturdays, Sundays, and holidays.
      Since the Centre County District Attorney's Office does not have a County
Detective, I have referred this matter to the Office of Special Investigations and
Intelligence located within the Pennsylvania Department of Corrections for an
investigation. I will notify you when the investigation is complete.

                                    Sincerely,

                                    Mark S. Smith, Esquire
                                    First Assistant District Attorney

MSS/mss

State Correctional Institution

**RECEIVED** ←

DC-804
Part 1 DEC 06 2018

at Rockview

EXHIBIT I

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS

FOR OFFICIAL USE
774889
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR NIKKI PAUL | FACILITY: ROCKVIEW | DATE: 12/5/18 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) ALFONSO PEW BT-7263 SIGNATURE OF INMATE: Alfonso Pew | | |
| WORK ASSIGNMENT: BA 1023 | HOUSING ASSIGNMENT: BA 1023 | |

INSTRUCTIONS: Continue $19 6 hours 1 day pay from My start of work
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner. date of work
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of
   staff members you have contacted. Which was 11-19-18.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two
pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking. I am
grieving SHARON CLARK for abuse of
power, official oppression and retaliat
ory conduct, I wrote the Supt about a
job pay issue. today 12/5/18 ms.
clark told me I am job suspended
for writing Supt. she said it's her
word against mine when I told her
I could remember her telling me to
articulate in her office over how I
grievance #772344 and complaint on
her to Supt over a meal issue which I
resolved with Capt Dyke. I am effected
by this, I am requesting to be protected by
Supt and security from a retaliatory move
off unit, retaliatory cell move etc
retaliatory unit issues on security

B. List actions taken and staff you have contacted, before submitting this grievance.
Request slip to CCPM Miller date
11-19-18 attached #1

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                              Date

WHITE Facility Grievance Coordinator Copy   CANARY File Copy   PINK Action Return Copy
GOLDEN ROD Inmate Copy

→ *Inmate Employment Office*

| | |
|---|---|
| Form DC-135A | Commonwealth of Pennsylvania |
| | Department of Corrections |
| **INMATE'S REQUEST TO STAFF MEMBER** | **# 1** |
| | **INSTRUCTIONS** |
| | Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

→ *Inmate Employment*

| | |
|---|---|
| 1: To: (Name and Title of Officer) → *Inmate Employment* | 2. Date: 11-19-18 |
| 3. By: (Print Inmate Name and Number) Alonso Few (BG726B) | 4. Counselor's Name Bender |
| Alonso Few BG726B | Unit Manager's Name MS. CLARK |
| Inmate signature | |
| 6. Work Assignment BA BLOCK | 7. Housing Assignment BA 1023 |

8. Subject: State your request completely but briefly. Give details.

Today 11-19-18 I began working on BA block 6 2 shift as block worker. This request is to verify that this is recorded so there will be NO problems with my payroll and the date I began work. Please acknowledge.

9. Response: (This Section for Staff Response Only)

Your start date was 11/20/18

| | |
|---|---|
| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name **B. Miller**     Date 11/30/18
Print      Sign

Revised July 2000

1 :Page                                    Attachment

A PERSONAL INTERVIEW is needed to resolve this grievance by the administration. Part of the Retaliation by SHARON Clark is to have me moved off the BA Unit and to have me placed in the kitchen food services. I HAVE NOT BROKEN ANY D.O.C. rule by writing Supt. a request slip and using the DC·ADM 804 system.

I AM being punished for this by job suspension and threats of the rest by SHARON Clark.

Besides for SHARON Clark mentioning my writing Supt and grievance being the reason for job suspension I have records of proof that right after I wrote → Supt. GERMAN, Dep. Houser, C.C.P.M. Miller, Nikki Paul and John Wetzel about job pay issue of being made to force labor 7 days per week and holidays with NO days off but ONLY being paid 5 days thats when MS. Clark called me to office 12·5·18 and suspended my job over this and grievances she said to me.

x Alfonso Perry Pew                    12·5·18

**GRIEVANCE REJECTION**
SCI Rockview                    EXHIBIT J
Box A, Bellefonte, PA 16823

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System", I have reviewed all documents provided as part of the grievance. Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

| Inmate Name: | Alfonso Pew | Inmate Number: | BT7263 |
|---|---|---|---|
| Facility: | SCI Rockview | Unit Location: | BA-1023-01 |
| Grievance #: | 774889 | | |

| Decision: | Rejection |
|---|---|

*Your grievance is being rejected for the reason(s) outlined below.*

| | Rationale: |
|---|---|
| | 1. Grievances related to the following issues shall be handled according to the procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator. |
| |    a) DC ADM 008 Prison Rape Elimination Act (PREA) – allegations of a sexual nature against a staff member and/or inmate-on-inmate sexual contact |
| |    b) DC ADM 801 Inmate Discipline/Misconduct Procedures |
| |    c) DC ADM 802 Administrative Custody Procedures |
| | 2. The grievance was not submitted within fifteen (15) working days after the events upon which claims are based. |
| | 3. Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility. |
| | 4. The grievance was not signed and/or dated with correct commitment name, number, contained UCC references, or was not presented in proper format. |
| | 5. Grievance must be legible, understandable, and presented in a courteous manner. |
| | 6. The grievance exceeded the two page limit. Description needs to be brief. |
| | 7. Grievance does not indicate that you were personally affected by a Department or facility action or policy. |
| | 8. Grievances based upon different events must be presented separately. |
| | 9. The issue(s) presented on the attached grievance has been reviewed or is currently being reviewed and addressed. Prior   grievance # |
| | 10. Group grievances or grievances filed on behalf of another inmate are prohibited. |
| | 11. Grievance disputes previous grievances, appeal decisions or staff members who rendered those decisions. |
| X | 12. You are currently on grievance restriction. You are limited to one grievance every 15 working days. Last grievance # 774284 was submitted on 12/3/2018 |
| | 13. You have not provided this Office with required documentation for proper review such as a DC-153A, Personal Property Inventory Sheet, Confiscated Items Receipt, Commissary/Outside Purchase Form and/or documents outlined on the DC ADM 005 Notification of Deductions Memo and/or the Notification of Amended Deductions Memo. |
| | 14. *The publication appeal did not include a copy of the Notice of Incoming Publication Denial Form. (Attachment 3-B of DC-ADM 803)* |

| Response: | |
|---|---|
| | You are currently on grievance restriction. |

| Signature: | [signature] |
|---|---|
| Title: | Facility Grievance Coordinator |
| Date: | December 6, 2018 |

cc:   Facility Grievance Coordinator
      DC-15
      File

*CARBON COPY to the Evidence*
*Records Files*

EXHIBIT K

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| | Department of Corrections |

## INMATE'S REQUEST TO STAFF MEMBER

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

*Nikki Paul*

**1: To: (Name and Title of Officer)**
*Nikki Paul*

**2. Date:** 12/24/18

**3. By: (Print Inmate Name and Number)**
Alfonso Percy (BG263)

**4. Counselor's Name** Benner

**5. Unit Manager's Name** MS. CLARK

State Correctional Institution

**RECEIVED**

Inmate signature

**6. Work Assignment**
NONE

**7. Housing Assignment**
BA1023

DEC 24 2018

at Rockview

Supt's Assitant's Office

**8. Subject:** State your request completely but briefly. Give details.

I was placed on grievance restriction. You wrote I had to file 1 grievance every 15 working days. I wrote last grievance # 774854 was submitted on 12-3-18 I am now eligible today 12/24/18 to resubmit the attached grievance rejection # 774854 from Dec. 6th 2018.

**9. Response (This Section for Staff Response Only)**

You are incorrect. This is now untimely.

To DC-14 CAR only ☐          To DC-14 CAR and DC-15 IRS ☐

Staff Member Name  N Paul                   Sign  N Paul          Date 12/24/18

Print

Revised July 2000

CARES ACT DETAIL CONCERN
Records Files

EXHIBIT L

| Form DC-135A<br><br>INMATE'S REQUEST TO STAFF MEMBER | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1: To: (Name and Title of Officer)<br>Dep. Houser | 2. Date:<br>12/27/18 |
| 3. By: (Print Inmate Name and Number)<br>Alfonso Percy (BC7263)<br>Alfonso Percy (BC7263)<br><span style="font-size:smaller">Inmate signature</span> | 4. Counselor's Name<br>Renner |
| | 5. Unit Manager's Name<br>Clark |
| 6. Work Assignment<br>GLD | 7. Housing Assignment<br>BA 1023 |

8. Subject: State your request completely but briefly. Give details.

~~[illegible] I am a DC~~ code inmate. I have rights under the Deschel ctv Act. I have a record you signed 12/7/18 DC-135A saying I will receive a response after the grievance investigation that request was sent to you 12-5-18 the same day you filed grievance #774889. He rejected that grievance #774889 on 12-6-18 stating I was on grievance restriction. Box 12 said my last grievance was filed 12/3/18. I had to wait 15 working days. On 12/24/18 15 working days later I resubmitted #774889. The CSAS refused to process it and sent it back. You are being informed this violates DC-ADM 804 procedure and state law Title 37 PA. code 93.6 Inmate Complaints. You are being informed and asked to fix ~~[illegible] VIOLATION OF LAW~~

9. Response: (This Section for Staff Response Only)

You raised an issued on a request slip and grievance. At the time the grievance had not been rejected so I deferred to the grievance investigation. If you still need an answer and the grievance was rejected I'll provide a response. Write me back with the issue.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name M. Houser DSCS / <span style="font-size:smaller">Print</span> [signature] <span style="font-size:smaller">Sign</span> Date 1/2/19

*ARBOR VIEW*
*Records Files*

EXHIBIT M

| | |
|---|---|
| State Correctional Institution | Commonwealth of Pennsylvania<br>Department of Corrections |
| **RECEIVED**<br>Form DC-135A<br>DEC 3 1 2018<br>**INMATE'S REQUEST TO STAFF MEMBER**<br>At Rockview<br>Supt's Assitant's Office<br>*Nikki Paul* | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in<br>preparing your request, it can be responded to more<br>promptly and intelligently. **RECEIVED**<br>JAN 2 REC'D 2019<br>at Rockview<br>Supt's Assitant's Office |

1. To: (Name and Title of Officer)
   *Nikki Paul*

2. Date:
   12/21/18

3. By: (Print Inmate Name and Number)
   Alfonso Paul (BT-7263)

   *Alfonso Paul (BT-7263)*
   Inmate signature

4. Counselor's Name
   BENCER

5. Unit Manager's Name
   CLARK

6. Work Assignment
   GLP

7. Housing Assignment
   BA 1023

8. Subject: State your request completely but briefly. Give details.

I recieved my 12/24/18 requests slip
back with my resubmitted grievance
reject #774899. you wrote "you are
incorrect. this is now untimed. I am
asking you this request to document
number 1 that you are violating state
law Title 37 PA code § 93.8 inmate
complaints by obstructing grievance process
acknowledgment and preventing my Federal
prison litigation reform act exhaustion.
Number 2 for my resubmitted grievance
#774899 on 12-24-18 you did not
provide a rejection form for that date
12-24-18 I request one that your rejecting

9. Response: (This Section for Staff Response Only)

→ Your request is noted ←

To DC-14 CAR only ☐          To DC-14 CAR and DC-15 IRS ☐

Staff Member Name ___N Paul___ / ___Nikki Paul___ Date _12/31/18_
                        Print                          Sign

C A D D _ _ _ _ _ _ _ _ _ _ _
Reccrds Files

EXHIBIT N

| | |
|---|---|
| **Form DC-135A**<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

Sgt. GARMAN

| | |
|---|---|
| 1: To: (Name and Title of Officer)<br>Sgt. GARMAN | 2. Date:<br>12/27/18 |
| 3. By: (Print Inmate Name and Number)<br>Alfonso Percy (BT-7263)<br>Alfonso Percy (BT-7263)<br>_Inmate signature_ | 4. Counselor's Name **State Correctional Insitution**<br>BANK **RECEIVED**<br>5. Unit Manager's Name<br>JAN 02 REC'D 2019<br>CLARK<br>at Rockview<br>Superintendent's Office |
| 6. Work Assignment<br>GLP | 7. Housing Assignment<br>BA-1023 |

8. Subject: State your request completely but briefly. Give details.

The C.S.A. told me I was on grievance restriction and only could file 1-grievance every 15 working days this was 12-6-18 documented when CSA rejected #774889. So waited 15 working days from my last grievance filed on 12-3-18 and that was 12/24/18 when I resubmitted #774889. The CSA will not process #774889 resubmitted 12/24/18. You the Sgt. are involved and you are well aware my last grievance filed was #774289 on 12/3/18 CSA wrote that down. So 15 working days have passed on 12/24/18 and I'm being denied process of #774889 resubmitted. You are being asked to fix this violation of DC-ADM 804 to either process the grievance OR have CSA provide a rejection form for 12-24-18 #774889 it be resubmitted

9. Response: (This Section for Staff Response Only)

You cannot file a grievance outside of the DC ADM 804 parameters. The fact you are on restriction does not matter. You of all people are familiar with that process

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name GARMAN / _[signature]_ Date 1-2-19
_Print_ _Sign_

CARBON COPY A.P.R Evidence Records Files
JANUARY 11th 2019            EXHIBIT O

FROM: Smart Communications Inc./PADOC
ALFONSO PERCY PEW BT-7263
SCI. ROCKVIEW PO. BOX 33028
St. Petersburg, FL. 33733

TO: DORINA VARNER ←
Chief Grievance Officer
SOIGA 1920 Technology Parkway
Mechanicsburg, PA. 17050

Re: Being Denied DC ADM 804 Process ↙

I AM being denied my state statutory PA state
code Title 37 § 93.8 Inmate complaints. state
I submitted a grievance to Nikki Pew on 12/6/18.
It was rejected # 774889. It was rejected due to
grievance restriction Nikki Paul wrote I must file
1 every 15 working days. At that time my last 1 was
12-3-18 it was # 774284. I waited 16 working
days then on 12-24-18 I resubmitted # 774889.
Nikki Paul refused to process it. Nikki Paul
also refuses to provide a rejection form for it.
I have a request slip sent to Dep. Houser 1/5/19
answered 1/8/18 He writes he does not supervise
Nikki Paul. I have a request slip dated 12/27/18
and answered 12/31/18 Nikki Paul writes your
request is noted. The Supt. Garman was sent a
request slip 12/27/18 he answered 1-2-19 they will
NOT process # 774889 NOR will they give me the
rejection form. I want the grievance processed
or a means to appeal to (SOIGA). I CANNOT
APPEAL it with NO rejection form from 12-24-18.
I AM being denied the grievance process because
of retaliation. They don't want Central Office
to be aware of # 774889 because what they are
doing at Rockview violates policy DC ADM 816 by
not compensating for days worked. I request you
address why # 774889 was not processed 12-24-18
resubmitted and I request it be processed.

Alfonso Percy Pew                    1/11/19

CARBON COPY MY RECORDS
RECORDS FILES

EXHIBIT P

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

Dep. Houser

1. To: (Name and Title of Officer)
Dep House

2. Date: 1 5 19

3. By: (Print Inmate Name and Number)
Alonso Lau (BC7263)
Alonso Lau (BG7263)
Inmate signature

4. Counselor's Name
Baumgardne

5. Unit Manager's Name
MS. CLARK

6. Work Assignment
G2D

7. Housing Assignment
BA 1023

8. Subject: State your request completely but briefly. Give details.

You said to write you back with the issue of the grievance being not processed and you would provide a reply. When I submitted my grievance #774889 Dec 6th 2018 CSA Paul wrote I was on grievance restriction and had to wait 15 working days. My last grievance at that time was #794234 which was 12-3-18. So I waited 15 working days and on 12-24-18 I resubmitted #774889. CSA Paul did not process it she says I can't file it now its untimely. She is a NEW CSA and must not know she can not do this under DC-ADM 804 when I'm on grievance restriction after 15 working days. I can submit my grievance I was waiting to file.

9. Response: (This Section for Staff Response Only)

I do not supervise Ms. Paul. These concerns need addressed to Superintendent Garman. Do follow the grievance appeal process.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name M. Houser DSCS / [signature] Date 1/9/19
Print                                   Sign

Revised July 2000



**Integrated Offender Case Management System**                     1/2/2019 9:25:32 AM

## Monthly Account Statement

**From Date:**  12/01/2018        **To Date:**    01/02/2019

| Housing | Case ID | Offender Name | Location |
|---|---|---|---|
| B-A-1023-01 | BT7263 | PEW,ALFONSO | Rockview |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| ROC-035665 | 12/01/2018 | 13 - Personal Gifts (FRY          WENDELL) | +25.00 | 41.02 |
| ROC-035665 | 12/01/2018 | 39 - Federal Filing Fees (3:15-cv-1042) | -2.50 | 38.52 |
| ROC-035688 | 12/04/2018 | 44 - Inmate Organization (LIFER'S FUND RAISER) | -12.15 | 26.37 |
| ROC-035701 | 12/05/2018 | 13 - Personal Gifts (PEW          MAGGIE) | +30.00 | 56.37 |
| ROC-035701 | 12/05/2018 | 39 - Federal Filing Fees (3:15-cv-1042) | -3.00 | 53.37 |
| ROC-035706 | 12/05/2018 | 37 - Postage  (First Class Mail) | -4.10 | 49.27 |
| ROC-035711 | 12/06/2018 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +2.16 | 51.43 |
| ROC-035711 | 12/06/2018 | 39 - Federal Filing Fees (3:15-cv-1042) | -0.22 | 51.21 |
| ROC-035711 | 12/06/2018 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +7.92 | 59.13 |
| ROC-035711 | 12/06/2018 | 39 - Federal Filing Fees (3:15-cv-1042) | -0.79 | 58.34 |
| ROC-035726 | 12/07/2018 | 13 - Personal Gifts (LEITNER          HEINZ) | +30.00 | 88.34 |
| ROC-035726 | 12/07/2018 | 39 - Federal Filing Fees (3:15-cv-1042) | -3.00 | 85.34 |
| ROC-035738 | 12/07/2018 | 32 - Commissary (ROC COMMISSARY FOR 12/07/2018) | -62.94 | 22.40 |
| ROC-035813 | 12/13/2018 | 37 - Postage  (First Class Mail) | -0.21 | 22.19 |
| ROC-035833 | 12/14/2018 | 32 - Commissary (ROC COMMISSARY FOR 12/14/2018) | -20.98 | 1.21 |
| ROC-035869 | 12/19/2018 | 13 - Personal Gifts (MOORE          TOMMIE) | +40.00 | 41.21 |
| ROC-035869 | 12/19/2018 | 39 - Federal Filing Fees (3:15-cv-1042) | -4.00 | 37.21 |
| ROC-035870 | 12/19/2018 | 10 - Maintenance Payroll (GRP 3 - 14th -13th) | +0.42 | 37.63 |
| ROC-035870 | 12/19/2018 | 39 - Federal Filing Fees (3:15-cv-1042) | -0.04 | 37.59 |
| ROC-035870 | 12/19/2018 | 10 - Maintenance Payroll (GRP 3 - 14th -13th) | +6.84 | 44.43 |
| ROC-035870 | 12/19/2018 | 39 - Federal Filing Fees (3:15-cv-1042) | -0.68 | 43.75 |
| ROC-035899 | 12/21/2018 | 32 - Commissary (ROC COMMISSARY FOR 12/21/2018) | -17.24 | 26.51 |
| ROC-035907 | 12/21/2018 | 32 - Commissary (ROC COMMISSARY CR FOR 12/21/2018) | +1.24 | 27.75 |
| ROC-035943 | 12/27/2018 | 37 - Postage  (JOHN WETZEL 12/20/18) | -2.26 | 25.49 |
| ROC-035948 | 12/27/2018 | 34 - Cable | -17.00 | 8.49 |
| ROC-035956 | 12/28/2018 | 32 - Commissary (ROC COMMISSARY FOR 12/28/2018) | -5.71 | 2.78 |
| ROC-035958 | 12/29/2018 | 13 - Personal Gifts (MASSEY          RICHARD) | +50.00 | 52.78 |
| ROC-035958 | 12/29/2018 | 39 - Federal Filing Fees (3:15-cv-1042) | -5.00 | 47.78 |

**Current, Escrow, & Available Balances are as  of 1/2/2019 9:25:32 AM**

| | |
|---|---|
| **Current Balance** | 47.78 |
| **Escrow Balance** | 0.00 |
| **Available Balance** | 47.78 |

CARBON

ARBON ... RECORDS FILES LEGAL

EXHIBIT R

TO: Supt Garman

| Form DC-135A | Commonwealth of Pennsylvania<br>Department of Corrections |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

TO: Supt Garman

| 1: To: (Name and Title of Officer)<br>TO: Supt Garman | 2. Date:<br>1-15-19 | State Correctional Institution<br>**RECEIVED** |
|---|---|---|
| 3. By: (Print Inmate Name and Number)<br>Alfonso Percy BT-7263<br>Alfonso Percy BT-7263<br>Inmate signature | 4. Counselor's Name<br>BAUMGARDNER | JAN 1 6 REC'D 2019 |
| 6. Work Assignment<br>GLD | 5. Unit Manager's Name<br>MS. CLARK | at Rockview<br>Superintendent's Office |
| | 7. Housing Assignment<br>BA 1023 | |

8. Subject: State your request completely but briefly. Give details. I WANT to officially document this ON record with you as Supt so you cannot later claim that you did not know or I did not seek to have you resolve the problem. I am a "N" Code, H code and O Code inmate. The last 3 times I was confined at Rockview ON BA block under UM Gentzel and UM Alexander I was always housed in top of unit cell #1. Since I came back in Novem 2018, I repeated request to move to 1001 or 2001 or 1002 or 2002. Note I was a DCell brace and scuttle ladder barrier I have a disability. I am complaining that I notice → bias, discrimination based on race, gender bead (Heterosexual) Age and Disability. Only white and homosexuals and few black inmates can move when ever they went to other cells. Note I Became

YES OR NO BEING TO ME

9. Response (This Section for Staff Response Only)

I do not and will not get involved in cell moves. You can discuss this with your Unit Manager Ms. Clark. There is nothing in policy that grants you a perogative in cell choice.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  GARMAN _____  Date 1-16-19
Print          Sign

CC: UM Clark
MAJ. Haldeman

Revised July 2000

CARBON COPY INMATE REQUEST FILE TRIAL

TO: Deputy Heuser ←

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

TO: Deputy Heuser ←

1: To: (Name and Title of Officer)

2. Date: 1/15/19

TO: Deputy Heuser ←

3. By: (Print Inmate Name and Number)
Alfonso Percy Pew (BT7263)
Collinus Pew (BT7263)
Inmate signature

4. Counselor's Name
BAUMGARDER

5. Unit Manager's Name
MS. CLARK

6. Work Assignment
GLP

7. Housing Assignment
BA 1023 123

8. Subject: State your request completely but briefly. Give details. I am documenting this on record with you officially so you cannot later say you were unaware or I did not seek to resolve the problem. I am being discriminated against based on race, gender, age and disability. I am black girl Hetersexual, I have a disability I wear a back brace and scrotal supporters. I am a A code, H code and D code. All 3 times I been at Rockview and Benner I use the UM Gentele or UM Alexander I was on Icol cell, since June 2018 I requested to move to Icol, Co2, Co31, Co02. I have noticed white, homosexual inmates can move at anytime they want to. The Major Halderman does nothing to address my concerns to be in Icol, Co31, Co02 cell.

9. Response: (This Section for Staff Response Only)

Unit moves are done by the Unit Manager.

You should follow the chain of command for Unit Concerns:
1.) Unit Manager - Ms. Clark
2.) Major for Unit Management - Ms. Holdeman
3.) Deputy for Facilities Management - Ms. McMahon
4.) Superintendent - Mr. Garman

The Deputy for Centralized Services (me) is not involved in unit or bed moves.

To DC-14 CAR only ☐          To DC-14 CAR and DC-15 IRS ☐

Staff Member Name M. Houser DSCS  Sign M.F. Houser  Date 1/16/19
Print

CC: Major - Haldeman ←
U.M - Clark ←

Revised July 2000

EXHIBIT T

To: Deputy Mc Mahon

| Form DC-135A | Commonwealth of Pennsylvania |
| | Department of Corrections |
| **INMATE'S REQUEST TO STAFF MEMBER** | **INSTRUCTIONS** |
| | Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

To: Deputy McMahon

| 1: To: (Name and Title of Officer) | 2. Date: 1/15/19 |
| To: Deputy McMahon | |
| 3. By: (Print Inmate Name and Number) | 4. Counselor's Name |
| Alfonso Few BT-7263 | Baumgarder |
| Alfonso Few BT-7263 | 5. Unit Manager's Name |
|       Inmate signature | MS. CLARK |
| 6. Work Assignment | 7. Housing Assignment |
| G.L.P | BA 1023 |

8. Subject: State your request completely but briefly. Give details. I want to officially document with you on record in writing so you cannot later say you are unaware of the problem. I am a "D" code, H code O code inmate. I have a medical disability I wear a back brace and scrotal support. I been at Rockview 3 times on BA block. Each time under UM Gentzel and UM Alexander I was in 1001 cell. Since June 2018 when I returned I been ~~denied twice~~ ~~to transfer cells or 2001 or 2002~~. There is a pattern of discrimination based on race and sexual gender. I'm black and heterosexual. I notice systematically mainly white and homosexual inmates can move cells at any time. I'm being discriminated against due to race, gender, age and disability. The Major Haldeman has not been any ~~help to me.~~

9. Response: (This Section for Staff Response Only) he is to me.

BT-7263 Few,

I have already answered this issue with you in your previously submitted Request to Staff.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ Gerald McMahon Date 1/23/19
Print           Sign

Revised July 2000

CARBON case County II 123

TO: Sept. Office

EXHIBIT U

| | |
|---|---|
| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

Sept. Office

| 1: To: (Name and Title of Officer)<br>Sept. Office | 2. Date: 1-16-19 State Correctional Institution **RECEIVED** |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>Alfonso Percy (BC7263)<br>Alfonso Percy (BC7263)<br><u>Inmate signature</u> | 4. Counselor's Name<br>BAUMGARD JAN 1 7 REC'D 2019 |
| | 5. Unit Manager's Name at Rockview<br>MS. CLARK → Superintendent's Office ← |
| 6. Work Assignment<br>GLP | 7. Housing Assignment<br>BA 1023 |

8. Subject: State your request completely but briefly. Give details. ON 11-16-19 at 11:25 AM I went to BA block desk I handed the BA block sargeant 6-2 shift the attached voluntary request to change cell perters there (2) 2 copies attached to this requests slip with a certain paper sheet in here, middle of it. I filled it out and inmate edward wright filled it out I came to desk and inmate edward _____ _____ complained to _____ the sargeant Seles telling me he will not sign the form. I told him it states on form block sargeant must sign before unit manager. I told sargeant I would report this to Supt. Garman. I am being discriminated against. I went Supt. office to direct sargeant to follow PA DOC rules and sign the form.

9. Response: (This Section for Staff Response Only)

The Sgt. does not approve cell moves.

You need to address your concern to the unit Manager. In addition, you already wrote to me trying to move to BA-1002. You are not entitled to any specific cell assignment.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name GARMAN _____ Date 1-17-19
Print          Sign

Revised July 2000

→ CC: UM Clark ←
→ Maj. Haldeman ←

## VOLUNTARY REQUEST TO CHANGE CELL PARTNERS

BUILDING   BA 1023                    DATE  1 | 16 | 19

Alfonso Percy Pew (BT-7263)   1023         1         AND
NAME AND NUMBER      CURRENT CELL #      BED#

EDWARD Wright (MD9460)   1002         1
NAME AND NUMBER      CURRENT CELL #      BED#

                          move cell(s) switch
REQUEST TO ~~CELL TOGETHER IN CELL~~    1      1002    1
                                   LEVEL#   CELL#   BED#

BRIEFLY STATE WHY YOU WANT THIS CHANGE:

___NOTE:___ THE COMPLETE CELL AND BED LOCATION ___MUST___
BE GIVEN; OTHERWISE, THIS REQUEST FOR CELL
CHANGE __WILL NOT__ BE PROCESSED. IF THIS MOVE IS
MADE, BOTH INMATES WILL NOT BE PERMITTED
ANOTHER CELL CHANGE FOR __180 DAYS.__

BOTH INMATES MUST SIGN THIS FORM IN THE PRESENCE OF THE BLOCK SERGEANT.

Alfonso Percy Pew BT-7263
INMATE SIGNATURE AND NUMBER

Eart MD 9460
INMATE SIGNATURE AND NUMBER

_____   BLOCK SERGEANT SIGNATURE

### UNIT MANAGER
### APPROVED / DISAPPROVED

EXHIBIT V

| 7 Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| 1: To: (Name and Title of Officer) Dep. McMahon | 2. Date: 1/21/19 |
| --- | --- |
| 3. By: (Print Inmate Name and Number) Alfonso Percy (BT7263) | 4. Counselor's Name Baumgarder |
| Alfonso Percy (BT7263) Inmate signature | 5. Unit Manager's Name MS. CLARK |
| 6. Work Assignment GLD | 7. Housing Assignment BA 1022 |

8. Subject: State your request completely but briefly. Give details. Per DOC policy I request a answer within 5 weeks days. Both the Supt. and Dep. Heller have been contacted about this. Dep. Heller said you see DST M Over MM Heldman and UM Clark. 1 I am a ADA inmate under DOC policy 006. I have a disability I requested since June 2016 to be moved to 2001 cell. 2 I am a CCCC & CCCC House as before. Also now I am being discriminated against based on race and gender. Whether you change this or not the practice hereof Mrs. Heldman and UM Clark has been conveyed by cell the cell #2001 is open. I am treated differently than other inmates who request cell changes.

9. Response (This Section for Staff Response Only)

BT7263 Percy,

Your housing assignment is appropriate for your disability - the move that you desire is not necessary or required for ADA accommodations. The Unit Manager is required to accommodate your or any other inmate needs that are medically diagnosed. UM Clark has done just that who she houses in any other cell is specifically up to her and she does not have to make accommodations otherwise. There is no discrimination or harassment involved. Your previous cell assignments have been all over B Unit as well as other Rockview housing areas.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
| --- | --- |

Staff Member Name _Gerald McMahon_ Date 1/23/19
Print                          Sign

Revised July 2000

CARDED _____ LEGAL

→ UM Sharon Clark

EXHIBIT W

| Form DC-135A | Commonwealth of Pennsylvania<br>Department of Corrections |
|---|---|
| INMATE'S REQUEST TO STAFF MEMBER | INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

→ UM Sharon Clark ←

| 1: To: (Name and Title of Officer)<br>→ UM Sharon Clark ← | 2. Date:<br>1/21/19 |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>Alfonzo Paul (BT2263)<br>Alfonzo Paul (BT2263)<br>Inmate signature | 4. Counselor's Name<br>BAUMGARDER |
| | 5. Unit Manager's Name<br>Clark |
| 6. Work Assignment<br>GID | 7. Housing Assignment<br>BA-1003 |

8. Subject: State your request completely but briefly. Give details. I request under PA DOC policy a answer in 5 working days. I continue to build up documentation from Cpt. GARMAN, Dep. Reese, Dep. Mc Mann and Maj. Heldeman to show I am being treated different. I suffer disparate treatment. Since June 2018 I requested being to be moved from 2001 cell. You are awere I am A.D.A. Amercan Desbelity Act under N-ANMCB. You know I am O Code. I am "N" Code. I am H code. It's on computer I wear two medical devices. The issue is my gender and race. I'm Heterosexual and Black. All the white homesexuals and Black transgender people are treated fairly when they ask to move. Cell #2001 IS NOW OPEN. I put in a cell change for it. My writting requests for that cell #2001 been since 6/2018 ←

9. Response: (This Section for Staff Response Only)

Mr Paul,

You are a single cell status and are housed in a single cell. There is nothing in policy that states you are "entitled" to a cell of your choice.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  UM Clark    /    UM Clark    Date  1/25/2019
                      Print              Sign

CADDOM CADOM-DR CADOM-DR KENBOW TUS

→ ) Heather Haldeman    Attached Cell Move Form →

7Form DC-135A        **EXHIBIT X**

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

**INSTRUCTIONS**

Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

→ Heather Haldeman

1: To: (Name and Title of Officer)
→ Major Unit Manages

2. Date: 1/21/19

3. By: (Print Inmate Name and Number)
Alessa Kea (BT-7263)
Cell Kree Kea (BT-7263)
Inmate signature

4. Counselor's Name
BAUMGARDER

5. Unit Manager's Name
MS. CLARK

6. Work Assignment
GLP

7. Housing Assignment
BA 1023

8. Subject: State your request completely but briefly. Give details. I request per DOC policy 2 ensure in 5 workdays. I have written Sgt German, Ped Stauzel, Ped McMahon and I let them know I am keeping records. Since June 2018 I sought to have UIM Sharon Clark move me up front. I am a AAM Inmate under American Disability Act and ADA ccommodation. 2 I am a D code inmate a "N" code inmate and a H code inmate. I believe up front cell #2001. I personally witness two people the cell #2001 is open now. I wrote you request which I have in file. You first said you never got request mine. Then you wrote UIM Clark runs cell move that you have no control over Unit Cell moves. I notice discrimination against me because of race and gender. I'm Black and Heter sexual. All white Homosexuals and Black Transgenders can move

9. Response: (This Section for Staff Response Only) You can't move. Attached form

→ Duly noted + denied

You need to work with UM Clark

To DC-14 CAR only ☐        To DC-14 CAR and DC-15 IRS ☐

Staff Member Name ___Haldeman___ Cos ___    Date 1-23-19
Print          Sign

Revised July 2000

## VOLUNTARY REQUEST TO CHANGE CELL PARTNERS

BUILDING   BA 1023                    DATE 1/21/19

Alfred Pew BT7263 ,   BA 1023          1          AND
NAME AND NUMBER      CURRENT CELL #    BED#

Empty Cell ,
NAME AND NUMBER      CURRENT CELL #    BED#

"change"
Cell

REQUEST TO CELL TOGETHER IN CELL   2      2001     1
                                   LEVEL#  CELL#   BED#

BRIEFLY STATE WHY YOU WANT THIS CHANGE:

**NOTE:** THE COMPLETE CELL AND BED LOCATION **MUST**
BE GIVEN; OTHERWISE, THIS REQUEST FOR CELL
CHANGE **WILL NOT** BE PROCESSED. IF THIS MOVE IS
MADE, BOTH INMATES WILL NOT BE PERMITTED
ANOTHER CELL CHANGE FOR **180 DAYS.**

BOTH INMATES MUST SIGN THIS FORM IN THE PRESENCE OF THE BLOCK SERGEANT.

Alfred Pew   (BT7263)
INMATE SIGNATURE AND NUMBER

_____
INMATE SIGNATURE AND NUMBER

_____ BLOCK SERGEANT SIGNATURE

## UNIT MANAGER
## APPROVED / DISAPPROVED

CAR...copy *original
Files

EXHIBIT Y

| 7Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | **INSTRUCTIONS**<br>Complete Items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1: To: (Name and Title of Officer)<br>Dep. Heuser | 2. Date: 1/21/19 |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>Albert Few (BT7263)<br>_Allen Few (BT7263)_<br>inmate signature | 4. Counselor's Name<br>Baumgardne |
| | 5. Unit Manager's Name<br>MS. CLARK |
| 6. Work Assignment<br>GLP | 7. Housing Assignment<br>BA1023 |

8. Subject: State your request completely but briefly. Give details. per DOC policy
I request a answer in 5 working days. You stated you see no longer Major Heather Freeman but unit search clark as a supervisor. This first this is to document I have a ADA disability under ACANA DOC I am a code 1 code 0 race per cell per cell since June 2018 to been # 2001 the cell is open now. Second whether you agree or not there is discrimination based on race and gender and you are permitting Major and unit to promote discrimination against me.

9. Response: (This Section for Staff Response Only)

1.) As previously informed... I do not assigned specific cell on bed assignments on the housing units.

2.) As previously informed --- if you have concerns pertaining to U.M.-Clark and Major Haldeman, the proper chain of command is Deputy McMahon and then Superintendent Garman.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name M. Houser DSCS   Sign _[signature]_   Date 1/23/19
Print

Revised July 2000

CAR ... RECORDS

Files → RECEIVED    EXHIBIT Z

State Correctional Institution

| 7 Form DC-135A | | JAN 2 3 REC'D 2019 | Commonwealth of Pennsylvania Department of Corrections |
|---|---|---|---|

**INMATE'S REQUEST TO STAFF MEMBER** at Rockview → Superintendent's Office

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| 1: To: (Name and Title of Officer) | 2. Date: |
|---|---|
| SUPT GARMAN | 1/21/19 |

| 3. By: (Print Inmate Name and Number) | 4. Counselor's Name |
|---|---|
| Alonzo Fell (BT-7263) | BAUMGARDER |
| Alonzo Fell (BT 7263) *inmate signature* | 5. Unit Manager's Name MS. CLARK |

| 6. Work Assignment | 7. Housing Assignment |
|---|---|
| GLP | BA 1023 |

8. Subject: State your request completely but briefly. Give details. PER D.O.C. Policy I request a answer in 5 working days. Whether you choose to ignore the issue and not intervene with your subordinates Major Haldeman and Unit Sharon Clerk. I am involving you in the pattern of discrimination based on race and cell. Since June 2018 I have asked to be moved up front 2001 cell. I am a D code. A D code and H code. The cell is open but I'm being discriminated against about moving and I have a medical disability and need the help.

9. Response: (This Section for Staff Response Only)

BT 7263 Fell,

I am responding to Superintendent Garman's request slips in his absence. I responded to this same request yesterday and my answer remains the same.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  Print G-D McMahon / *Sign* _____  Date 1/24/19

Revised July 2000

 **pennsylvania**
DEPARTMENT OF CORRECTIONS

EXHIBIT 1

**DATE:**   **December 10, 2018**

**TO:**     **BA Unit Inmates and Staff**

**FROM:**   **S. Clark, BA Unit Manager**

**RE:**     **Stair Access by BA Unit Inmates**

Effective Monday, January 7, 2019, all inmates residing in BA Housing Unit will only be permitted to use the stairs at the entrance of BA Unit (by the Officer's Desk) and the stairs by the showers.

***The back stairs will only be utilized by inmates in the event of an emergency.***

This procedure is being implemented to bring this housing unit in compliance with the other housing units at SCI-Rockview.

Any inmate using the back stairs of this housing unit on or after Monday, January 7, 2019 will be subject to a misconduct being issued.

 

**pennsylvania**
DEPARTMENT OF CORRECTIONS                    EXHIBIT 2

August 3, 2015

Alfonso Pew, BT7263
SCI-Camp Hill

Dear Mr. Pew:

This is in response to your recent letter sent to the Department of Justice regarding an ADA complaint against the Pennsylvania Department of Corrections.   The Department of Justice forwarded your concern to the Pennsylvania Department of Corrections.

The most recent ADA request the Bureau of Health Care Services has on record is from January 18, 2012.    You are advised to submit any ADA request you have through the medical department at SCI-Camp Hill so that it may be appropriately addressed.

Sincerely,



Paul Noel, M.D.
Acting Director
Bureau of Health Care Services

PN/MDH/kvk

cc:    Superintendent Harry
       Deputy Superintendent Zwierzyna
       CHCA Shoop
       File (Pew Alfonso BT7263 mdh 8-3-15)

---

EXHIBIT 3

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
783,297
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: RFCF/FW | DATE: 1/22/19 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) AlxeO Kow ET-7263 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: CLP | HOUSING ASSIGNMENT: BA-1023 | |

INSTRUCTIONS (1) No 6 to be retaliated against with Retaliatory Transfer
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. OR Unit change.
2. State your grievance in Block A in a brief and understandable manner. (2) MACE charges -
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Requested on attached 1 page.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking. I'm grieving UIM Sharon Clark, Major Hearne, Intel Van, DECS, Hearne BSM McMahon, Spc. Getman, Tech Noises by Manager, Securus Global Tel Link, Medience Dept. MglM CNE, PRT Member(s) BTS, BTS John Wetzel, Securus with Complient with Disability ACT 42 USSC 12151-12164 and Subsec. 6A, 508 has minicells of cane tunnels and lift bundle ...
... (remaining lines illegible) ...

B. List actions taken and staff you have contacted, before submitting this grievance.
Contacted UIM Sharon Clark
Contacted Major Hearne Intel Van
Request SCIRS to Dep Lucckel, Dep. McMahy and Sup Getman or to IwfA CCH Move to FraN/CF BA cell 2001

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator          HDH                    Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

Attachment 1-A

ARI AND WAI DOUBLE PICTURE PLEAS

NIKKI PAUL CSA

EXHIBIT 4

| | |
|---|---|
| 7Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>State Correctional Institution |

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in
preparing your request, it can be responded to more
promptly and intelligently.

RECEIVED
JAN 2 8 REC'D 2019

| | |
|---|---|
| NIKKI PAUL<br><br>1: To: (Name and Title of Officer) | 2. Date:<br>1 26 19 at Rockview<br>Superintendent's Office |
| NIKKI PAUL<br><br>3. By: (Print Inmate Name and Number)<br>ATTRED PEW BG-7262<br>Allen Pew BG7262<br>Inmate signature | 4. Counselor's Name<br>BAUMGARCER<br>5. Unit Manager's Name<br>MS. CLARK |
| 6. Work Assignment<br>GLY | 7. Housing Assignment<br>BA 1022 |

8. Subject: State your request completely but briefly. Give details. OVER THE WEEKEND
MARTIN LUTTER KING JR HOLIDAY 1-19-19
1-21-19 I put a grievance in the
grievance box right under the camera
the BA officer was there on his
post and I have witnesses and my
golden Rod copy date 1-22-19
I have not recieved my pink copy
and grievance number so therefore
I request a answer in 5 working
days.

---

9. Response (This Section for Staff Response Only)

The last grievance recieved from you is 782
783297 which was recieved 1/22/19 and rejected.
You appealed this rejection on 1/30/19.

| | |
|---|---|
| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ Alex Read _____         Date  1/30/19
  Print      Sign

Revised July 2000

## SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT-7263 | Alfonso Perry | Rockview | 1/29/19 | 783297 |

I received my initial response from the Grievance Office/Coordinator on __1-28-19__ and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

I Appeal the grievance rejection. #7 Grievance does not indicate that you were personally affected by a Department or facility action or policy." My grievance says "I am affected with a disability too and B.A. is fire congested due to inmates on A Unit are prohibited from using back steps meaning over 100 inmates are crammed on top tier in narrow spaces racing to front steps and middle steps with Elderly, sick and cane inmates this flood causes inmates including myself to stumble and fall into other inmates with canes and wheel chairs on B.A. it is a Hazzard." #8 Grievance based upon different events must be presented separately. The DC-ADM 804 policy allows issues that are related to be joined in one grievance such as this American Disability Act 42 USC §§ 12131-12134 Title II under DC-ADM 006 Inmate Disabilities

INMATE SIGNATURE: _Alfonso Perry Perr_

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT-7263 | Alfonso Percy | Rockview | 2/6/19 | 783297 |

I received my appeal from the Superintendent on **2-6-19** and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

**Please provide a BRIEF (no longer than two pages) appeal statement.**

Grievance with 1 page attachment #1
Grievance Answer #2 which is a
Grievance Rejection Form
My Appeal of Grievance Rejection
to Supt. Office #3
Supt. Answer to Appeal #4

Issue

I am appealing Supt. Answer #4
I highlighted and underlined "BA
block needs to be incompliance with
ADA Laws" see 1 page attachment
that cover the entire ADA issue
Also my grievance says Title II
ADA 42 USC 12131-12134 that
covers #6"7 the particular ADA policy
is DC-ADM 006 see my appeal
to Supt. #3 the last 3 cones. the
ADA is one issue everything in
grievance is ADA violations
if SCI.A. does not correct I
will sue.

**INMATE SIGNATURE:** Alfonso Percy

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 2-E**

2019

**FINAL APPEAL DECISION DISMISSAL**

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

BA

This serves to acknowledge receipt of your appeal to final review for the grievance identified below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System," this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

| Inmate Name: | Alfonso Pew | Inmate Number: | BT7263 |
|---|---|---|---|
| SCI Filed at: | Rockview | Current SCI: | Rockview |
| Grievance #: | 783297 | | |

| Decision: | | Dismiss |
|---|---|---|
| | 1) Your grievance was properly rejected at the facility level for the reason(s) outlined below. | |
| X | 2) Your grievance is being dismissed at the final appeal level for the reason(s) outlined below. | |

| Rationale: | |
|---|---|
| | 1. Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator. |
| |    a) DC ADM 008 Prison Rape Elimination Act (PREA) – allegations of a sexual nature against a staff member and/or inmate-on-inmate sexual contact |
| |    b) DC ADM 801 Inmate Discipline/Misconduct Procedures |
| |    c) DC ADM 802 Administrative Custody Procedures |
| X | 2. The grievance or appeal was not submitted within fifteen (15) working days after the events upon which claims are based. |
| | 3. Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility. |
| | 4. The grievance was not signed and/or dated with correct commitment name, number, contained UCC references, or was not presented in proper format. |
| | 5. Grievance or appeal must be legible, understandable, and presented in a courteous manner. |
| | 6. The grievance or appeal exceeded the two page limit. Description needs to be brief. |
| | 7. Grievance does not indicate that you were personally affected by a Department or facility action or policy. |
| | 8. Grievances based upon different events must be presented separately. |
| | 9. The issue(s) presented on the attached grievance has been reviewed or is currently being reviewed and addressed. Prior grievance # |
| | 10. Group grievances or grievances filed on behalf of another inmate are prohibited. |
| | 11. Grievance disputes previous grievances, appeal decisions or staff members who rendered those decisions. |
| | 12. You are currently on grievance restriction. You are limited to one grievance every 15 working days. Last grievance #    was submitted on |
| | 13. You have not provided this Office with required and/or legible documentation for proper review. |
| X | 14. An appeal to final review is not permitted when you fail to comply with submission procedures. |

| Response: |
|---|
| This decision of this office is that you do indicate that you are personally affected. Additionally, your grievance, as a whole, is about alleged ADA violations and does not separate issues. However, you fail to indicate the dates of any occurrences; therefore, an incident date cannot be determined. Once your initial grievance was rejected, instead of resubmitting it with the necessary information, you chose to appeal directly to the Facility Manager. For those reasons, your grievance is dismissed. |

| Signature: | Dorina Varner | |
|---|---|---|
| Title: | Chief Grievance Officer | |
| Date: | 3/19/2019 | |

DLV/HIS
cc:    DC-15/Superintendent Garman

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**　　　　　　　　　　　　　　　　　　　　**Attachment 2-G**
Issued: 1/26/2016
Effective: 2/16/2016

2019

➤➤ **Secretary's Office of Inmate Grievances & Appeals** ◄◄
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of information associated with your intent to appeal a grievance (identified below, if available) to final review, to communicate your concern(s) to the Secretary's Office of Grievances and Appeals, and/or to check the status of review related to your matter.

| Inmate Name: | Alfonso Pew | | Inmate Number: | BT7263 |
|---|---|---|---|---|
| SCI Filed at: | Rockview | | Current SCI: | Rockview |
| Grievance # (If available): | | 774889 | | |

| | |
|---|---|
| | a) You have already received final disposition/review on this issue through this Office. |
| | b) This Office has no prior record of receipt of an appeal from you regarding this issue. |
| | c) You have already filed a grievance to seek review and resolution of this matter. |
| | d) You are encouraged to work through institutional channels to resolve your complaint initially. If unable to resolve your complaint informally, be advised that the DC-ADM 804 provides a mechanism for all inmates to seek formal resolution for concerns. |
| | e) You failed to provide the official grievance number for identification purposes. |
| | f) Your claim to have grieved and/or appealed this concern at the institutional level without response does not entitle you to direct appeal to final review. Rather, contact the Grievance Coordinator or Facility Manager's office regarding the status of your appeal. |
| | g) You have not yet appealed this issue to the Facility Manager. Final review will not be granted until you do so. Upon receiving a response from the Facility Manager at the respective facility, you may once again submit a timely written appeal to this Office for final review. Be sure that your appeal to this office includes all the necessary documents as outlined in DC ADM 804. If not all documents are received with your appeal, it may be dismissed. This response does not grant you a right to an appeal if it would otherwise have been untimely to pursue that appeal to the Superintendent. |
| X | h) Your grievance and/or correspondence is being filed without further action for the reason(s) specified in the Comments/Action Taken section below. |
| | i) The following action has been taken in response to the inquiry, request, or concern communicated in your letter. |

**Comments/Action Taken:**
Your correspondence addressed to Secretary Wetzel regarding the above referenced grievance was referred to this office for review. You indicate that the grievance was rejected due to you being on grievance restriction and you claim resubmitted it after 15 working days but the grievance coordinator refused to process it. Records reflect that there is no record that the resubmission was received.

| Signature: ➤ | Amanda West | Title: | Grievance Review Officer |
|---|---|---|---|
| Date: ➤ | 03.26.2019 | | |

AMW

cc:   DC-15/Supt. Garman
      2019-C59-014
      Grievance Office (CR115)



**pennsylvania**
DEPARTMENT OF CORRECTIONS

**TO**   Alfonso Pew, #BT7263
SCI Rockview

**FROM**   Crystal Loy
Staff Assistant

**DATE**   March 12, 2019

**RE**   **Correspondence**

This is in response to your correspondence addressed to EDS Bickell regarding grievance #783297 and allegations of retaliation. Your correspondence has been referred to me for review and response.

Mr. Pew, please be advised, this office is not part of the DC ADM 804 Inmate Grievance process and does not intervene in decisions made through that process. The aforementioned policy allows for due process through two levels of appeals and will not be addressed in this response.

You are alleging that SCI Rockview staff are retaliating against you due to your utilization of the DC ADM 804 Inmate Grievance process. The grievance policy specifically states, "No inmate shall be punished, retaliated against, or otherwise harmed for use of the grievance system".

I trust that the above information addresses your concerns.

/cl

cc:   Superintendent Garman
dachristia #2019-C43-000000085
File

Exhibit # 10

## SCI-ROCKVIEW
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT7263 | Atterberry | BA-1027 | 4-8-19 | 792192 |

I received my initial response from the Grievance Office/Coordinator on 4-8-19
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

① I want the name of Accountant 1 (that answered Grievance Coordinator) and the Signature.

② Conspiracy/Conflict Law suit PA. D.O.C. are In Contempt of New Board at all inmates sets to buy the new Facility that V's made and buy the New Expensive Digital TV's from Commissary in order to get Digital Signal or buy the Digital Antenna to get Local Digital Channels because at Rockview the Digital TV's with Cable Service don't get Digital TV HD. I am being converted Analog(tic) and without Cable Service the cheap buy Commissary Digital Antenna cannot pick up any Local Stations this is a orchestrated Conspiracy between CCTV and PA DOC

③ The Commissary Digital Antenna does not provide Free Over Air Digital Stations.

④ the Digital TV Eden with Cable does not recieve Digital CTV Signal as there is no Digital HD Channels.

⑤ PA DOC or CCTV owe Digital Service

INMATE SIGNATURE: _____

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 2-A**

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT-1263 | Alfonso K. | Rockview | 4/30/19 | 792192 |

I received my appeal from the Superintendent on ___4/25/19___ and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**
**Appeals must relate to the issue presented in the initial grievance and 1st level appeal.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

Original Grievance, 1 page Attachment, Exhibit 1
Exhibit 2, Grievance Answer #3, Appeal to Supt #4
Supt Answer 5. (Attached) Appeal Issues:
1. John C. Wetzel, Mark German, CCTV Owners, President
CEO, CFO, Shareholders, PA DOC are wrong in Supt. Appeal
Answer #5. I am a Cable Subscriber and have been a Cable
Subscriber for months. SCI Rockview Inmate Accounting
Business Office can verify this fact to SOTCF. Let me be
uphold Inmate on this point. 2. Accountant 1 playbook admits
the individual does not contest how the signals are transmitted to the
facility. See #5 for this Appeal in my attachment #6 page 62 of
CCTV Contract there is to be a 3.11 Digital Satellite Receiver and
3.03 Antenna Mount (D) Satellite pole mount attached
3.04 Actical Radicce attached #8 and digital transmission
system #9 which the PA DOC and CCTV Inc. use to provide
Satellite digital cable high definition. See Exhibit 10 to prove.
3. The current Digital Flat Antenna #938511 like all the others do
not pick up local digital stations which forces to buy Cable.
4. The PA DOC needs to install the fiber optic TID digital receptor
Cable. 5. The PA DOC needs to put up new Theras Unit Rooftop
Antennas for local digital stations or allows Judicial allow out
side purchases of digital electronic plug in Antennas from
approved outside vendor. **INMATE SIGNATURE:** _Alfonso Percy Pew_

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 2-E**

**PA**

### → Final Appeal Decision ←

→ Secretary's Office of Inmate Grievances & Appeals ←
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

06/06/2019 04:12

| Inmate Name: | PEW, ALFONSO | DOC #: | BT7263 |
|---|---|---|---|
| SCI Facility: | Rockview | Current SCI: | Rockview |
| Grievance #: | 792192 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

### Decision: Uphold Response

It is the decision of this Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate to Uphold Appeal/Deny in part. This response will include all aspects and may include the conclusion that various attempts to resolve this issue are resolved or irretrievable and your appeal and relief sought.

### Response:

You claim that the DOC is receiving kickbacks and committing financial fraud. You allege that the DOC is not providing digital television stations or high definition HD through fiber optic wiring cable. You say that SCI Rockview still transmits analog stations locally. You state that you were forced to buy a Eden digital television; however, there are no digital HD fiber optic cable lines to provide clear HD digital cable. You say that you are forced to buy cable service at SCI Rockview because local stations cannot be picked up with the cheap brand of digital antenna that is sold in the commissary. You request to be allowed outside purchase forms to be used for electronic digital plugin antennas to get local stations. You request that an outside antenna is mounted to the rooftops at SCI Rockview so that you can receive local stations. You request that SCI Rockview installs fiber optic cables for high definition stations.

A review of the record found that it is your choice whether or not to purchase a television, and whether or not to subscribe to the provided cable service. No one is forcing you to do either as you claim. The Grievance Officer provided you with a detailed response to your grievance. Your grievance and requested relief are denied.

| Signature: | Keri Moore /m |
|---|---|
| Name: | Keri Moore /m |
| Title: | Chief Grievance Officer |
| Date: | 06/06/19 |

CC: DC-15/Superintendent – Rockview
Grievance Office

(Exhibit #13)

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
|---|
| [illegible] |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| | | |
|---|---|---|
| TO: FACILITY GRIEVANCE COORDINATOR Nikki Paul | FACILITY: Rockview | DATE: 4/29/19 |
| FROM: (INMATE NAME & NUMBER) Alfonso Paw BT-7263 | SIGNATURE OF INMATE: Alfonso Paw BT7263 | |
| WORK ASSIGNMENT: None | HOUSING ASSIGNMENT: BA-1027 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

magazines that are pornographic and nudity

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

I'm grieving John E. Wetzel, Tabb Bickell, Shirley Moore Smeal, PA. DOC. Policy DC-ADM 803 and Title 37 Pa. Code 93.2(b)(2) in challenging inmate correspondence restrictions on obscene or explicit sexual material or nudity being enforced by Smart Communications [illegible] as under [illegible] observance [illegible] Nuwaupian Shetaut Neter Osarian religion which is [illegible] balance and [illegible] and the denial of porn [illegible] magazines in PA until [illegible] Kemetic [illegible] religion principles and Religious Land Use and Institutionalized Persons Act, Pennsylvania Religious Freedom Act, U.S. Const. Article 1, 14, PA Const. Art. I Sec. 1, 3, 7, 13, 26. I [illegible] by porn magazine denial.

B. List actions taken and staff you have contacted, before submitting this grievance.

I sought porn magazines but if I order them Smart Communications Inc. and PA. DOC will confiscate and reject them.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] Nikki Paul     [illegible] 4/30/19

Signature of Facility Grievance Coordinator     Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

[illegible]

## SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT7263 | Alonso Paul | BA-1027 | 5-14-19 | 799317 |

I received my initial response from the Grievance Office/Coordinator on ___5-14-19___
and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

First I'm appealing the denial of my
challenge to DC-ADM 803 and Title 37
Pa. Code 93.2(b)(2) I'm legally allowed
to file a grievance under Title 37 § 93.
8 Inmate Complaints which allow me to
challenge DOC. Policy 803

Second I appeal NIKKI Paul challenge my
grievance is Frivolous See box B of procedure (
table "1 result from message sentence bill to I code
[them Small Crime] can be sued under PA. Tort is well
conflict can use them. This is one suit
Factual under DC-ADM 803

NIKKI Paul is misuse me to filing a grievance
by putting Frivolous on my grievance she falsly accuses
by Federal Civil will [illegible]
Glossary of Terms. Frivolous See DC-ADM 804
Frivolous when [illegible] the effect or relief
Sought Check requested here in law factor policy. M
defendant is listed in Federal court or DC-ADM 803 Polic
[illegible] Federal Tort statues allow me
(On should be [illegible]

**INMATE SIGNATURE:** _____

(Exhibit #15)

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT7263 | Alan B | Rockview | 6/14/19 | 799317 |

I received my appeal from the Superintendent on ___ 6-10-19 ___ and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions. Appeals must relate to the issue presented in the initial grievance and 1st level appeal.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

Original Grievance #1.
Grievance Answer #2.
Appeal to Supt. #3.
Supt. Answer #4.

Appeal Issue

(1) The Supt Grievance [illegible] by Murder Appeals [illegible]
See #4 [illegible] "When you [illegible] Children [illegible]
can go [illegible] [illegible] [illegible] a [illegible]
the Supt [illegible] Grievance challenge a policy [illegible]
DC-AM 804 [illegible] Grievance [illegible] — [illegible]
Grievance Appeal [illegible] frivolous when it is [illegible]
to challenge or relief [illegible] lack arguable basis
in law, fact or relief. The Supt of Grievance can interpret
[illegible] of delema my grievance frivolous [illegible]
[illegible] (2) No [illegible] [illegible] [illegible]
be [illegible] because [illegible] [illegible]
the grievance [illegible] [illegible] [illegible]
[illegible] DC-AM 804 [illegible] [illegible] Policy 3 SQ3
(3) Inmate [illegible] adequate packup (4) My challenge to
DC-AM 804 Policy [illegible] I can't buy [illegible]
magazine because [illegible] [illegible] [illegible] [illegible]
they were [illegible] I can challenge RTU of DC-AM
804 on what [illegible] prevents me from [illegible] by mail
because [illegible] [illegible] be [illegible]

INMATE SIGNATURE _____

**PA**

→ **Final Appeal Decision** ←

→ Secretary's Office of Inmate Grievances & Appeals ←
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

→ 06/20/2019 10:50 ←

*BA 127*

| Inmate Name: | PEW, ALFONSO | DOC #: | BT7263 |
|---|---|---|---|
| Schedule | Rockview | Current cell | Rockview |
| Grievance #: | 799317 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office.  As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision: Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, the facility's response, to uphold the inmate, or to uphold in part. If issues are raised, this office will provide a brief rationale, summarize the conclusion, and any action taken to resolve the issue(s) raised in the grievance and your appeal for relief sought.

**Response:**

You claim that the denial of pornographic magazines by the DOC violated MAAT religious principles, various acts, and your constitutional amendment rights.  You request to be able to receive pornographic magazines, as well as magazines that depict nudity.

A review of the record found that DOC policy DC-ADM 803 prohibits nudity and pornography; therefore, such magazines will not be permitted.  You fail to provide evidence to substantiate your claims.  Your grievance and requested relief are denied.

☑ **Frivolous:** ←

A grievance is frivolous when the allegations or the relief sought lack any arguable basis in law, fact and/or policy.  This applies to your grievance.

| Signature: | *Keri Moore fm* |
|---|---|
| Name | Keri Moore |
| Title: | Chief Grievance Officer |
| Date | 6/20/19 |

CC: DC-15/Superintendent - Rockview
Grievance Office

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-F                                      Issued: 1/26/2016  Effective: 2/16/2016

BT7263

PEW, ALFONSO                                                                                        Page1 of 1

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Rockview | DATE: 5/7/19 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Alfred Few BT-7263 | SIGNATURE OF INMATE: Alfred Few | |
| WORK ASSIGNMENT: None | HOUSING ASSIGNMENT: BA-1031 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

_(handwritten grievance text, partially legible)_

B. List actions taken and staff you have contacted, before submitting this grievance.

4.25.19 request s(?)d answered on
4.29.19 attached (#1)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____  Conditions  _____
Signature of Facility Grievance Coordinator                        Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*                    *Attachment 1-A*
Issued: 1/26/2016
Effective: 2/16/2016

(Exhibit #18)

## SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BC-7263 | Alfonso Percy | BA-1027 | 5-10-19 | 800323 |

I received my initial response from the Grievance Office/Coordinator on 5-9-19
and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

I am appealing the grievance rejection.
There is a difference between grievance
#796892 and #800323. In grievance
#796892
→ I grieved for a official PA DOC
answer why NC-17, unrated R-rated
X rated and other ratings are not allowed
by PADOC and to allow them now.
→ In grievance #800323 I'm challenging
their followed policy 7.8.1 page 19
section I's by requesting the exemption
from Supt Gilman to be permitted un-
rated movie. My request(s) was then
denied without a reason rationale that
is a different issue then #796892

The grievance appeal of rejection should
not be reviewed by Supt Gilman because
He is involved in grievance.

**INMATE SIGNATURE:** Alfonso Percy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 2 – Appeals*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 2-A*

SCI Final (Review)
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT0268 | Renshaw | Unit-W | 4/19 6-10-19 | 806523 |

I received my initial response from the Grievance Office/Coordinator on _____
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

Original Grievance # 1 with 1 attachment
Grievance Rejection # 2.
Appeal to Supt. # 3.
Supt. Answer. # 4.

Appeal Issues

① The Supt. Grimann has stated in facility
Managers Appeal Response Spec # 4 "You have
already been informed that your movies request
will not be considered" So I am Appealing
to John E. Wetzel office SCI-Sect for a
Reason, Rationale, explaination why
Shannon Tweed Actress "B" Movies can
not even be given consideration.

② I want John E. Wetzel office Section to
answer in grievance Appeal why Unrated
Movies cannot be purchased with the
inmate funds from ICPWF?

INMATE SIGNATURE: _____

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 2-A**





## Final Appeal Decision Dismissal

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

06/27/2019 11:56

| Inmate Name: | PEW, ALFONSO | DOC #: | BT7263 |
|---|---|---|---|
| Set Filed: | Rockview | Current Set: | Rockview |
| Grievance #: | 800323 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

**Decision: Dismiss**

Your grievance was properly dismissed at the facility level for the reason(s) outlined below.

**Rationale:**

• The issue(s) presented on the attached grievance has been reviewed or is currently being reviewed and addressed. Prior Grievance # 796892.

**Response:** This office concurs with the Grievance Officer and Facility Manager.

| Signature: | |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 06/27/19 |

cc:   DC-15/Superintendent - Rockview
      Grievance Office

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 2 - Appeals, Attachment 2-G**                    Issued: 1/26/2016   Effective: 2/16/2016

BT7263       Grievance #: 800323

PEW, ALFONSO                                                                    Page 1 of 1

Exhibit #21

State Correctional Institution

RECEIVED

APR 1 2 2019

DC-804
Part 1         at Rockview
         Superintendent's office

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
796889
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Nikki Paul | Rockview | 4/12/19 |

FROM: (INMATE NAME & NUMBER)
Allensaw BT-7263

SIGNATURE OF INMATE:
Allensaw BT-7263

WORK ASSIGNMENT:
None

HOUSING ASSIGNMENT:
BA-1021

INSTRUCTIONS:  Adult entertainment access on cable, tablet or
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.  by USB chips
2. State your grievance in Block A in a brief and understandable manner.  to ECIEN TV
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of
staff members you have contacted.  be permitted for LIFERS ONLY.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two
pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.  Today
4-12-19 I am grieving PA DOC John Wetzel
Shirley Smeal, Tabb Bickell, CCTV owners
and successors to CCTV contract with PA
DOC and Global Tel Link Tablet owners.
I am grieving the contracted cable provider
present and future, Tablet provider present
and future and PA DOC. I am challenging
the ban of Adult entertainment availability
on cable subscriber and Tablet purchaser.
I request the PA DOC and contractor(s)
1. allow adult entertainment stations.
2. allow personal Tablet access to adult entertainment.
3. DOC permit USB chips for ECIEN TV
As a LIFER sentenced to die in prison I am personally affected

B. List actions taken and staff you have contacted, before submitting this grievance.
I requested a official reason by the PA
DOC. Why contractors or PA DOC won't
allow adult entertainment access.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator        Cable

4/12/19
Date

WHITE Facility Grievance Coordinator Copy        CANARY File Copy        PINK Action Return Copy
GOLDEN ROD Inmate Copy

Mr Bick

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**                **Attachment 1-A**
Issued: 1/26/2016
Effective: 2/16/2016

(Exhibit # 22)

## SCI-ROCKVIEW
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT7263 | Andrew Rockview | BA-1027 | 4-30-19 | 796889 |

I received my initial response from the Grievance Office/Coordinator on 4-25-19
and have the following appeal issues.

Refer to DC-ADI 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

① I am identifying for Corrections Institutional
Business Manager J.Zan Appeal to Supt Office
then the PA DOC level John Wetzel
Shirley Smeal, Tebb Bickell with CCTV
Inc. owners and their contracted
Successors along with Globe Tel Link
Tellco from incc owners are blocking
me as a (convicted) immate who is
sentenced to "NO" in prisonment from
recieving "Adult Entertainment".

② My personel in cell EBSN TV has USB
capabilitys etc. PA DCC can alternatively
allow me personel USB Adult Entertain-
ment

③ PA DCC and Globe Tel Link could allow me
personel access to buy Adult Entertainment
on my personel tablet in cell.

④ PA DCC and CCTV Inc or their Successors in
contract can provide Adult entertainment
Stations in cell.

**INMATE SIGNATURE:** _Andrew Forsythe_

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 2-A**

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT-7263 | Albooku | Rockview | 5-31-19 | 796889 |

I received my appeal from the Superintendent on S-28-19 and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**
**Appeals must relate to the issue presented in the initial grievance and 1st level appeal.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

Original Grievance PinkCopy #1
Grievance Answer #2  Grievance Appeal #3

1) Appeal Answer #4 Memtly Business Manager Beckland
Gail Coomy to this Appeal I challenge the
denial of Lifers having access to Adult
Entertainment Movies either through
Cable Provider GTL Tablet Service or
USB Chip for Edu TV

2) The DOC can provide this service
to Lifers by any one of the three
ways I appeal a decision to be
made at the PA DOC executive
level with full explanation why there
is a ban on Adult Entertainment.

**INMATE SIGNATURE:** _Albooku_

**SCI-ROCKVIEW**
**INMATE APPEAL TO FACILITY MANAGER**
**GRIEVANCE**

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT-7263 | A. Rau | BA 1027 | 4/25/19 | 796892 |

I received my initial response from the Grievance Office/Coordinator on ___4/23/19___
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

1. I am appealing W. K. Gray CAM II grievance answer. I'm challenging that Policy 7.8.1 Section I #5 as well as the memo began in 2005 does not explain what discontinue premium cable stations has to do with inmate IGWF being spent on movies that are other than G, PG, PG-13 ratings.

2. I appeal for John Wetzel, Shirley Smeal Tabb Bickell, Mark German, Mc Mahn , however to allow other ratings than G, PG, PG-13 throughout the PA DOC

3. I offer alternative solution to movies such as actress shannon tweed films can be purchased by IGWF also unrated movies too as well as X rated etc A rated etc PA DOC can allow the tablets to allow-lifers to purchase them only at Lifers expense on personal tablets.

INMATE SIGNATURE: _____

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 2 – Appeals*                                          *Attachment 2-A*
Issued: 1/26/2016
Effective: 2/16/2016

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BG-9283 | Aldo Pew | Rockview | 5-31-19 | 790892 |

I received my appeal from the Superintendent on ___5-23-19___ and have the following appeal issues,

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

Original Grievance #1
Grievance Answer #2
Appeal To Supt. #3
Supt. Answer #4

1) In Appeal I challenge John Wetzel, Shirley Smeal, Tabb Bickell, Mr Gera, Dep Mc Mahon, Dep. Thresse, Heather Holtzman, Mark Garman denial to allow ICWF to show movies other than G, PG, PG, 13 to Lifers without a alternative way for Lifers to view movies other then G, PG, PG, 13.

2) The grievance answer uses Policy 7.8.1, but never states how Policy 7.8.1 is for a valid Security Concern therefore I challenge the there is no PA-ADC security concern for only showing G, PG, PG 13 movies because the PA-ADC has not stated so nor shown so I have not been given a real reason for the PA-ADC ban on other ratings being shown on ICWF movies

INMATE SIGNATURE: Alphonso Percy Pew



## → Final Appeal Decision ←

### Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

07/03/2019 12:40

| Inmate Name: | PEW, ALFONSO | DOC #: | BT7263 |
|---|---|---|---|
| Sci-filed: | Rockview | Current Sci: | Rockview |
| Grievance #: | 796892 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision:  Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or uphold in part/deny in part. This response will include a brief restatement, summarize/update conclusion, or any action taken to resolve the issue(s) raised in the grievance, and your appeal is not relief sought.

**Response:**

You claim that as a lifer, it is vital to your communication, writing, reading, education, religion rehabilitation, mental stability, and heterosexual gender identity to be able to view movies other than G, PG13, and PG rated.  You want an official answer as to why NC-17, unrated, R rated, X rated, and other ratings are not allowed.  You request movies other than G, PG, and PG13.

A review of the record found that the Grievance Officer provided you with a detailed explanation to your grievance.  Since 2005, such movies as you request have been banned from the facilities.  You fail to provide evidence as to how your communication, writing, reading, education, religion, rehabilitation, mental stability, and heterosexual gender identity would benefit from having pornography available.  Your grievance and requested relief are denied.

| Signature: | Keri Moore for |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 06/28/19 |

CC:  DC-15/Superintendent - Rockview
Grievance Office

(Exhibit #28)

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
|---|
| 795583 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| | | |
|---|---|---|
| TO: FACILITY GRIEVANCE COORDINATOR<br>Nikki Paul | FACILITY:<br>Rockview | DATE:<br>4/5/19 |
| FROM: (INMATE NAME & NUMBER)<br>Alfonso Pew BT-7263 | SIGNATURE OF INMATE:<br>Alfonso Pew BT-7263 | |
| WORK ASSIGNMENT:<br>None | HOUSING ASSIGNMENT:<br>BA-1027 | |

INSTRUCTIONS: ① Request interview by security office with me and my witness from cell 1016. ② Uphold grievance on mail given to wrong cell 1016. ③ Change DC-ADM 803 to allow grieved changes.
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

I'm grieving PA. DOC John E. Wetzel, Executive Staff and Smart Communications over repeated violations of privacy by incoming mail being exposed in open, read and given to wrong people. On Friday April 5th 2019 at mail time I was given by officer two cash slips one for -.50 to Heinz Lemmer and two was from Spolega - 1.15 they are dated 4/2/19 and 4/3/19 I ask was that all my mail and officer said yeah. Later about 45 min. after count a inmate came to my cell from #1016 and gave me my mail that was given to him. See attached #1 Evidence. This problem happens all over PA and Rockview and the PA DOC since Smart Communications Inc. To support my claim I recieved 5 pieces photo copies of different inmates mail just a week ago I gave back. This DC-ADM 803 policy of photo copies non-legal mail out of closed envelopes is hurting me I don't know what could be stolen by unknown inmates and staff reading open copies that are not concealed inside envelopes. I grieve for original mail to be inside closed envelopes and inspected at prison like before using drug detecting technology for security.

B. List actions taken and staff you have contacted, before submitting this grievance.

I have repeatedly ask PA DOC to use Smart Technology as alternative by using white light on mail to detect Suboxen and K2 which serves any security need while allowing me original mail sent to prison.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

N. Paul    Mail     4/8/19
Signature of Facility Grievance Coordinator     Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

Mr. Bookie
4/26

# SCI-ROCKVIEW
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BC7263 | A(dano) K. | BA1027 | 5/8/19 | 795585 |

I received my initial response from the Grievance Office/Coordinator on __5-4-19__
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

① I requested Security Interviewing my witness in 1016 the grievance coord. stated did not do this so the investigation of grievance was not done. My witness is Roland Williams NII 2781 I'm going to Send this form to SOICA because I have a Affidavit from Roland Williams since Security did not investigate.

② The grievance was assigned to Mr. Burne toward the CSA did the reply & this is inappropriate.

③ The CSA said "It is possible that an error can occur and mail be delivered to the wrong cell on occasion." I presented a witness but this witness was not interviewed.

④ I appeal the CSA saying i'm the only grievance on this issue because that is not true. Same Communications INC has volumes of grievances on the mail.

⑤ The issue of photocopying open mail in view because there is no envelopes was not even addressed

⑥ The photocopy mail is read there is nothing to block the photocopies from being seen and read

INMATE SIGNATURE: _____

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 2-A**

Exhibit (#30)

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BC9283 | Alonzo Lw Rookw | Rockview | 5-31-19 | 795580 |

I received my appeal from the Superintendent on _____ and have the following appeal issues,

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

Pink Copy Grievance with #1 Evidence
Attached See Marked #1
Grievance Answer #2
Appeal to Supt #3
Supt Answer #4

(1) I am naming in Appeal John Wetzel
Smart Communications Inc, Nikki Paul
Mark Garman I was denied DC ADM 804
and M Code Title 37 543 & Granted
Complaints due process Not what was claimed
Roland Williams NH-3781 making the
Grievance Procedure un fair and a shan

(2) I am enclosing Roland Williams Affadavit
Declaration to SCI-CA #5

(3) The Supt says "the possibility we (may) have
handled mail to wrong cell" ____ also Nikki Paul says
"It is possible that an educational group or mail be
delivered to wrong cell or classroom" I should be
up hold Nun [?]

(4) I challenge Smart Communications Inc. electronically
pending mail and official mail access to it which
they have
NO physical envelopes which causes mail to be
read and mis collected without envelopes.

**INMATE SIGNATURE** _____

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 2-E**



(Exhibit #31)



### → Final Appeal Decision ←

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

07/11/2019 04:37

BA

| Inmate Name: | PEW, ALFONSO | DOC #: | BT7263 |
|---|---|---|---|
| SCI Filed: | Rockview | Current SCI: | Rockview |
| Grievance #: | 795585 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision: Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

You claim that on 4/5/2019, another inmate brought a letter to you that had been delivered to him instead of you. You allege that this is a problem that has been happening all over BA, SCI Rockview, and the DOC since Smart Communications was contracted with. You say that you have also received other inmate's mail at times. You request that you and your witness receive personal interviews by the Security Office. You request that your grievance is upheld because your mail was given to the wrong inmate. You request that DOC policy DC-ADM 803 is changed.

A review of the record found that Smart Communications scans inmate mail to the facilities, who in turn print mail out and distribute it to inmates. Smart Communications has nothing to do with the actual distribution of inmate mail. While it is feasible that there could be a mail-deliver error, there is no evidence that this happens "all over BA and Rockview and the PA DOC" as you allege. There is also no evidence that staff read inmate mail. Your grievance and requested relief are denied.

| Signature: | Keri Moore for |
|---|---|
| Name: | K Warner |
| Title: | Chief Grievance Officer |
| Date: | 7/11/19 |

CC: DC-15/Superintendent - Rockview
Grievance Office

## SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BC-263 | Alfonso Percy | EA-1027 | 7/28/19 | 811-19 |

I received my initial response from the Grievance Office/Coordinator on _____
and have the following appeal issues.

### Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

### Please provide a BRIEF (no longer than two pages) appeal statement.

I'm appealing Minor (Alderman
Answer) the Deputy McKeown did

① My Appeal issue is Laundry
Soil records show me Alfonso
Unit Manager B. Beard FC block
ordered law relieved stery
from laundry Supervisor and
this cy relieve Deputy McKeown
statement because this status
unclearly Soil.

INMATE SIGNATURE: _____

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| RT9263 | Alfred Perkins | Smithfield | 8/22/19 | 810439 |

I received my appeal from the Superintendent on _____ and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

Grievance reply (coordinator) I attached
Exhibit (A) Grievance Answer Exhibit (B)
Appeal reply (Superintendent) SCI Answer
Exhibit (A)

Appeal

Grievance Appeal Also Mr. Mahon Sgt. Loomis
C/O Lehman (2) PB) acknowledged me's the issue
Mr. Mahon goes on to say the facility
necessary clothes are issued without a
year ago, when I grieved and discussed
this with my Grievance See Exhibit (C)
highlighted the C/O Lehman does not
address in the response to my Appeal my
appeal that my issues should be
Also the response I should have
previous issue (810439) See
Answer Exhibit (A) (B) SCI
See DC-ADM 804 Section VIB5 "All
Appeal points raised by the inmate should
addressed" (B) for the Record C/O Sold
Appeal the laundry sorted to BB, BC is
Mr. Lehman his logs of orders have receded
laundry sorting to BB, BC ordered by him
Also advice I

INMATE SIGNATURE: _____

Request remand to
address this matter.



**Final Appeal Decision**

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

09/03/2019 12:52



| Inmate Name: | PEW, ALFONSO | DOC #: | BT7263 |
|---|---|---|---|
| Self Filed* | Rockview | Current Site | Rockview |
| Grievance #: | 810439 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision:Uphold Response**

This is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or uphold in part/deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance, and your appeal, and relief sought.

**Response:**

You state that the laundry line in your cell broke and staff will not replace it. You request to have your grievance upheld, or to have another laundry line ordered.

A review of the record found that the Inmate Handbook states that "Unless approved, nothing is to be affixed to the bars, vents, windows, beds/bunks, walls, or cell doors". Clotheslines are not permitted; therefore, it was recommended that you utilize the laundry services provided. Your grievance and requested relief are denied.

| Signature: | Keri Moore for |
|---|---|
| Name: | ID Name: |
| Title: | Chief Grievance Officer |
| Date: | Approved by: |

CC: DC-15/Superintendent - Rockview
Grievance Office

(Exhibit #35)

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT5263 | Alonda Rockwell | 8/27/19 | 809993 |

I received my appeal from the Superintendent on _____ and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

Remand Notice attached #1
Remand Answer attached #2

INMATE SIGNATURE: _____

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 2-E*

(Exhibit #36)

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT7263 | Alfonso Percy | Rockview | 6/26/19 | 802493 |

I received my appeal from the Superintendent on _____ 6/26/19 _____ and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**
**Appeals must relate to the issue presented in the initial grievance and 1st level appeal.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

Pink Copy Grievance total 2 attached Exhibit A.
Grievance Answer Exhibit B. Appeal Exhibit C.
Appeal Answer Exhibit D. Appeal Issues UM Clerk
① Named Parties to this Appeal are [...] see UM Clerk
Counsels Baumgardner, Major Holdman, Doo. McMahon
Phone Office Staff and New [...] CE Capt [...]
② I was up held inmate Percy [...] visitor list
delay to process no phone [...] SCIR CA John to Woods have
③ I am appealing to have SCIR [...] Memo that SCIR Unit
Supt German put in writing Memo that their Run Desk shall
Terms and Visiting Run Desk in writing [...] at SCIR so it will
process forms in 1 week because my grievance issue
should be applied to all inmates here at SCIR there should be a Memo
not reasonable or policy of Doc. ④ The Supt German did not address issue
number ④ of my Appeal [...] his response, so I am provid[ing]
SCIR with Exhibit E for Cor Woods visiting Desk I am
requesting a REMAND to Supt German to have Cor Woods fix
and address issue ④ of my Appeal to Supt German
⑤ I request SCIR John Wetzel dismiss [...] UM Clerk
Counsels Baumgardner and Major Holdman or reprimand them
for the conduct of delaying inmate Percy [...] SCIR [...]
phone list and visit _____

**INMATE SIGNATURE:** _____

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 2-E**

## SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BF7263 | Allen W | BA-1027 | 6/11/19 | 802993 |

I received my initial response from the Grievance Office/Coordinator on ___ and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

① This is my Proof the grievance process is corrupt and a sham on 5-30-19 I and Counsele Dixon was called into Ms. Clark office from 1:35 pm to 1:37 pm BA Unit Tier 1. Omega and Counsele Dixon can verify this Proof UIM Clark had this grievance #802993 and she said Major Heatle Heatle Haideman wanted me to sign off. Major Heatle Heatle Haideman was doing this grievance for Deputy because Deputy was away for the week. This was a clear case of H. Haideman and UIM Clark covering up

② The Proof of this is malicious intent to get a red hit incident with Ms. Clark she has this white inmate Gurain on BA obstructing his visiting list with a white sex phone list. ③ The phone list was not addressed by Grievance Answer because even a Counsele signed it 5-1-19 there was no reason UIM Clark should have had it but she did a UIM is not required for Phone list Approval only Counseles and Phone Room

④ Now because of this grievance in retaliation Allen Burwell who was born 10/3/70 is being deleted on the visiting list this is on purpose to harass me they say he was convicted. I'm appealing to You on the grounds its another person they have Allan F. Burwell Jr. that is a different person and Allan F. Burwell Jr was not born 10/3/70. I did not put Allen F. Burwell Jr on my list.

**INMATE SIGNATURE:** Allen W Penn

I want this fixed I want _____ to have Allan Burwell born 10/3/70 on my visiting list and I want to be upheld inmate on the delay of visiting list and _____ clerk inkeference with holding the forms that were given to Counsele Baumgardener.

Phone Room

(Exhibit #38)

Desk Phone Officer

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |

**INMATE'S REQUEST TO STAFF MEMBER**

Department of Corrections

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)

Phone Room

2. Date: 5-17-19

3. By: (Print Inmate Name and Number)

Alonzo Tew (BL-2263)

Alonzo Tew (BL-2263)
Inmate signature

4. Counselor's Name

Baumgarder

5. Unit Manager's Name

Clark

6. Work Assignment

None

7. Housing Assignment

BA 1027

8. Subject: State your request completely but briefly. Give details.

My Counselor Baumgarder says that on 5-1-19 my new phone add on list was signed and sent in to you. It has been 17 days waiting. I never recieved a copy of my authorized phone add on list. I would like confirmation of my 5-1-19 phone add on list.

9. Response: (This Section for Staff Response Only)

I haven't received any thing from you in either April or so far in May. You will need to resubmit the form to your counselor.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
| --- | --- |

RECEIVED
MAY 20 2019
BY:

Staff Member Name _____ / _____   Date _____
Print                                    Sign

Revised July 2000

**PA**

→ **Final Appeal Decision** ←

→ Secretary's Office of Inmate Grievances & Appeals ←
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

→ 10/01/2019 12:50 ←

BA127

| Inmate Name: | PEW, ALFONSO | DOC #: | BT7263 |
|---|---|---|---|
| Set Filed | Rockview | Current SCI: | Rockview |
| Grievance #: | 802993 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision:Uphold Response**

This is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or deny in part/deny in part. This response will include: the rationale summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your corrective and relief sought.

**Response:**

You claim that you had submitted add-ons for your phone list and visiting list, and Counselor Baumgardner gave the forms to Unit Manager Clark. You allege that Unit Manager Clark, Counselor Baumgardner, and Major Haldeman are retaliating against you by holding onto your add-on forms. You request for your grievance to be upheld, and for your forms to be processed in a timely manner.

A review of the record found that the Facility Manager's Remanded Appeal Response provides you with a detailed response to the investigation into your claims. There is no evidence that you forms were not processed in a timely manner. There is no evidence of retaliation or that staff were unnecessarily holding onto your visitation and telephone add-on request forms. A timeframe does not exist in which such forms are to be processed in DOC ← policy. Your grievance and requested relief are denied.

| Signature: | Keri Moore Am |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 9/17/19 |

CC: DC-15/Superintendent - Rockview
Grievance Office

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 2 - Appeals, Attachment 2-F**                    Issued: 1/26/2016 Effective: 2/16/2016

BT7263   Grievance #:802993

PEW, ALFONSO                                                                         Page1 of 1

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
230311
GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Kenneth Brunski | SCI-R | 2/12/20 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: |
|---|---|
| Alfred Lew BT0263 | Alfred Lew BT0263 |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| None | BA |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

*[handwritten, partially legible]* ... total kiosk on BA Unit all # 2000.00 ... Is my 2nd grievance filed this month of February 2020. I am filing this grievance in good faith. I am invoking the non-retaliation clause under DC-ADM 804 not to be retaliated against for filing this grievance on BA Unit. I am grieving UM Clerk, Major/Alderman 2-10 shift officers, Sgt, LT and Capt. On 1/30/20 a BA memo was put out that lock the issue of this grievance is discriminatory. The BA only only has 1 kiosk. The CA, CB has 6 total kiosk neo A and B block have 6 MCFE kiosk. The SNU unit. I am being mistreated by this and its a treatment because UM Clerk, Major/Alderman, Dep Houser, Sgt, LT. Capt and officers ...

B. List actions taken and staff you have contacted, before submitting this grievance.

I asked that the memo be rescinded or increase to 6 kiosk total.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Conditions

_____          _____
Signature of Facility Grievance Coordinator                                    Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

(Exhibit # 41)

SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT-7263 | Alfonso Pew | BA 1025 | 2/18/20 | 850311 |

I received my initial response from the Grievance Office/Coordinator on 2/18/20
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

I AM Appealing the Grievance
Rejection on the Following
grounds:

(1) The Central Office SOTGA
Office has already determined
I can grieve a Memo that
has Not yet went into
effect refer to # 795184
which was a e-cigarette MeMo.

INMATE SIGNATURE: _Alfonso Pew_

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 2-A*

(Exhibit # 42)

## INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT-7263 | Alfonso Pew | Rockview | 3/19/20 | 850311 |

I received my appeal from the Superintendent on 3/11/20 and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

Attached # 1 is grievance.
Attached # 2 is continued grievance.
Attached # 3 is grievance rejection form.
Attached # 4 is grievance appeal to Supt.
Attached # 5 is Supt Appeal answer.

My Appeal issues are:
1. This comes down to whether I can appeal a Memo or a Policy that has not started yet. First in my 28 years in PA DOC since 1992 I have in my grievance files records grievances challenging Policy that has not started yet. Each Policy of PA DOC has a Issue Date and a Effective Date the time between the two dates allows me to challenge a new Policy before it become effective so the grievance coord Nicki Paul who is new is wrong.
2. The Superintendent is wrong too he contradicts himself this SOIGA Office did a final review of #795184 on 7-24-19. b. Veenie the #795184 was about E Cigarettes I grieved the Memo before sales were effective so this proves You allow grievances before the Memo or Policy actually begins. 3 While this grievance was going through the appeal stages I found there are even more then 6 kiosk on D block 4 I seek Remand to SCI-R based on my evidence in record.

5 I request SOIGA to put in final review answer where DC-ADM 804 forbid me from filing this grievance?

INMATE SIGNATURE: Alfonso Pew

 

## → Final Appeal Decision Dismissal ←

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

→ 04/07/2020 10:00 ←

| | | | |
|---|---|---|---|
| **Inmate Name:** | PEW, ALFONSO | **DOC #:** | BT7263 |
| **SCI Filed:** | Rockview | **Current SCI:** | Rockview |
| **Grievance #:** | 850311 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

**Decision:** Dismiss

Your grievance was properly rejected at the facility level for the reason(s) outlined below.

**Rationale:**

- Grievance does not indicate that you were personally affected by a Department or facility action or policy.
- Grievances based upon different events must be presented separately.

**Response:**

This office concurs with the decisions of the Grievance Officer and Facility Manager. You were not personally affected because the memo concerned a matter that would not occur until March of 2020. Your grievance was dated February 12, 2020. Additionally, your grievance concerns separate issues.

| | |
|---|---|
| **Signature:** | → Keri Mamfilon |
| **Name:** | → D. Varner ← |
| **Title:** | Chief Grievance Officer |
| **Date:** | 04/07/20 |

cc:  DC-15/Superintendent - Rockview
     Grievance Office

(Exhibit #44)

# SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| DT-7263 | Medina Rw | D.T.U. B-29 | 3/26/20 | 863500 |

I received my initial response from the Grievance Office/Coordinator on _____

and have the following appeal issues.

### Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

### Please provide a BRIEF (no longer than two pages) appeal statement.

I am appealing W Slover and N Paul
grievance answer. Appeal issues

① See my grievance nothing in my grievance
says B-Block lights on second tier too bright
(tier is proof tier) grievance procedure at
SCLR is inadequate W Slover made this
up because the process is not fair.

② See my grievance I challenged the
new 24ft lights brightness and
continuous use on B Unit A side.

③ The grievance answer admits using new
LED bulbs switching from fluorescent
bulbs however W Slover does not give
the wattage between these two bulbs so
the grievance answer is incomplete I
request Supt answer the wattage that is
not fluorescent bulb and wattage in LED
bulb on B A Unit. ④ I still challenge
LED bulbs being left turned on entire unit
after night count is done at 9pm and
definitely after 10pm when other units and
PRISONS IN PA. lights go out on unit this
violates equal protection clause.

INMATE SIGNATURE: __Medina Rw__

⑤ I appeal frivolous determination under
DC-ADM 804 it does not meet criteria of
frivolous by glossary.

⑥ I seek damages and decreased wattage
and no lights at night.

(Exhibit (#45))

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT-7263 | Alfonso Percy Pew | Rockview | 4-17-20 | 851500 |

I received my appeal from the Superintendent on 4-15-20 and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**
**Appeals must relate to the issue presented in the initial grievance and 1st level appeal.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

Grievance Pink Copy #1, Initial Review Response #2, Facility Manager Appeal #3, Facility Manager Answer #4.   Appeal Issues.

1. Named Parties in this grievance are Maintance and Electrician Department, CI MWII Wade Stever, N. Paul, Sgt M.German, UMClerk Mrs. Haldeman, Dep. McMahon, Dep. Houser I am challenging 24/7 LED Bulbs constant light illumination as a exaggerated false security issue need.

2. the Unit BA use to cut the same lights off from 10pm to 6:00am shift they 2.00 left on now because of Unit Officers choice and staff abuse, punishment coercion tactics and torture proof this is in level 5 Housing L Unit the Lights are cut off each night 10pm to 6am and L Unit is near the gate of the prison so why would BA be a Security issue when the two level5?

**INMATE SIGNATURE** Alfonse Percy Pew

3. I appeal frivolous Determination under DCADM 804 Glossary of Terms the frivolous must be based on no legal factual of no having basis in Law factor policy Ins... stated or cwy says because it's a security issue lights are on that's not a reason for frivolous



→ **Final Appeal Decision** ←

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

05/04/2020 02:18

BA

| | | | |
|---|---|---|---|
| **Inmate Name:** | PEW, ALFONSO | **DOC #:** | BT7263 |
| **SCI Filed:** | Rockview | **Current SCI:** | Rockview |
| **Grievance #:** | 851500 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision:Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

You state that the constant light illumination on BA unit is "excessive high beam increased florescent light" constitutes light torture, light interrogation, and light coercion which is causing you pain and suffering. You say that your constitutional amendment rights are being violated. You request that the lights are decreased, the wattage is decreased, that the lights are turned off from 10:00 p.m. until 6:00 a.m., $50,000.00 each, and to be moved to the RHU as a D code inmate.

A review of the record found that the Grievance Officer and Facility Manager provided you with detailed responses to your grievance. Constant lighting is necessary for the security of the unit. It was recommended that you submit a sick call request for any medical concerns you are having. You fail to provide any evidence to substantiate your claims. Your grievance and all requested relief are denied.

→ ☑ **Frivolous:** ←

There is no violation of policy, procedures, or law. The constant lighting is needed for security measures.

| | |
|---|---|
| **Signature:** | → Keri Moore for |
| **Name:** | → D. Varner ← |
| **Title:** | Chief Grievance Officer |
| **Date:** | 5/4/20 |

CC: DC-15/Superintendent - Rockview
Grievance Office

#88187 4

## SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT7263 | | BA-25C | 8/19/20 | 881**74** |

I received my initial response from the Grievance Office/Coordinator on 8/14/20
and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**

**Please provide a BRIEF (no longer than two pages) appeal statement.**

I AM Appealing Major Selfridge
abuse and Major Selfridge disrespect
of this grievance violated of my
constitutional rights

Appeal Issues

① The grievance abuse other inmates
are allowed to shower after yard
period but not after activities period.

② Major Selfridge take out of
grievance these activities include
Monday ___ Weights from 1:30pm
to 2:20 pm there's time to
shower but I'm not allowed and also
Activities include Wednesday GYM
+ weights 8:00 am to 9:00 pm there's
shower time is available but I'm not
allowed to shower.

③ ___ all my cohort who go to weights
and GYM take shower off all when the
ON Monday 1:30 to 2:20 and on Wednesday after few

**INMATE SIGNATURE:**

8:00 am to 9:00 am NO showers are
days after my cohort group on these
days after exercise.

④ I appeal frivolous Determination

⑤ There is NO justifiable reason to deny showers