# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE # |
|---|---|---|---|---|
| BG7263 | Alphonso Perkins | [illegible] | [illegible] | 881874 |

I received my appeal from the Superintendent on _____ and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

Grievance Final Copy #1, Grievance Answer #2, Appeal #3, Appeal Answer #4. Parties to this grievance appeal are UM Clerk, Mrs. Heldeman, Deputy Lucas, Sgt. Wolf, Lt. Leather, Sgt. Curtis who runs showers G.2, Lt. Sellitelie, N. Paul, M. German, J. Wetzel, D. Varner.

1. Appeal Issues:

(a) Activities Department created weigh-in on new Wednesday mornings and weight on Monday which the all the above named parties will not allow me to shower after weights on B.A. Unit during Covid 19 Pandemic while others can shower this violates 8th Amend and 14th Amendment and causes me risk of term placing me in imminent danger loss of life due to health, I have to choose not to exercise and get sick or exercise and don't shower and get Pandemic Covid 19.

INMATE SIGNATURE: _Alphonso Perkins_

(b) I request to be able to shower after Activities weights Monday 1:30 to 2:30 [illegible]

(c) I request frivolous determination be overturned.

# State Correctional Institution at ROCKVIEW

## Inmate Pass

| | | | |
|---|---|---|---|
| Inmate: BT7263 | PEW, ALFONSO | Housing: B-A-2038 | Date: 8/5/2020 |
| | | | Callout#: 4522274 |
| Staff | Appointment | Location | Arrive: 0800 |
| K Cooper | BA - COHORT E RANGE-ACTIVITIES | GYMNASIUM | Depart: 0900 |

Comments:

Job: Unassigned

Issuing Authority: _____    Time Left: CSCC    Return To: _____

Destination Authority: _____    Time Arrived: _____    Time Left: 0700

Return Authority: _____    Time Returned: _____

\*\*\* YOU ARE TO REPORT TO THE STAFF MEMBER / APPOINTMENT AT LOCATION LISTED ABOVE \*\*\*

\*\*\* FAILURE TO RESPOND TO PASS WILL RESULT IN A MISCONDUCT \*\*\*

(Ex. 1, Page 3 of 50)

# State Correctional Institution at ROCKVIEW

## Inmate Pass

| | | |
|---|---|---|
| Inmate: BT7263 | Housing: B-A-2038 | Date: 8/10/2020 |
| PEW, ALFONSO | | Callout#: 4524252 |
| Appointment | Location | Arrive: 1320 |
| BAM - COHORT E RANGE-ACTIVITIES | ACTIVITIES OFFICE | Depart: 1420 |

Staff: K Cooper

Job: Unassigned

Comments:

Issuing Authority: _[signature]_   Time Left: 1310   Return To:

Destination Authority: _[signature]_   Time Arrived: ___   Time Left: _[signature]_

Return Authority: ___   Time Returned: ___

*** YOU ARE TO REPORT TO THE STAFF MEMBER / APPOINTMENT AT LOCATION LISTED ABOVE ***

*** FAILURE TO RESPOND TO PASS WILL RESULT IN A MISCONDUCT ***

# State Correctional Institution at ROCKVIEW

## Inmate Pass

| | | |
|---|---|---|
| Inmate: BT7263 PEW, ALFONSO | Housing: B-A-2038 | Date: 8/12/2020 |
| | | Callout#: 4526342 |
| Staff Appointment | Location | Arrive: 0800 |
| K Cooper BA - COHORT E RANGE-ACTIVITIES | GYMNASIUM | Depart: 0900 |

Comments:

Job: Unassigned

Issuing Authority: _CC B__  Time Left: 08C2

Destination Authority: _____  Time Arrived: _____   Return To: _____

Return Authority: _____  Time Returned: _____  Time Left: 0900

*** YOU ARE TO REPORT TO THE STAFF MEMBER / APPOINTMENT AT LOCATION LISTED ABOVE ***

*** FAILURE TO RESPOND TO PASS WILL RESULT IN A MISCONDUCT ***



# Final Appeal Decision

### Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

09/17/2020 10:18

| Inmate Name: | PEW, ALFONSO | DOC #: | BT7263 |
| --- | --- | --- | --- |
| SCI Filed: | Rockview | Current SCI: | Rockview |
| Grievance #: | 881874 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision: Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the Inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

You claim that on 8/3/2020, you informed Unit Manager Clark that since the COVID-19 pandemic began, you are unable to shower on Mondays after using the weights and on Wednesdays after using the gym. You contend that this is a health issue and you should be able to shower after these activities. You allege that your constitutional amendment rights have been violated and request $2,000.00 for each time you are denied a shower following activities.

A review of the record found that since the outbreak of the COVID-19 pandemic, the DOC had to make institutional changes to ensure the health of inmates and staff. As stated, you are afforded three meals per day, yard participation, and daily showers. Due to the initiation of cohorting, at times it is necessary for inmates to choose if they want to shower, go to the yard, or participate in other activities because times will overlap. As stated, you cannot pick and choose when you shower. You fail to provide any evidence to substantiate your claims. Your grievance and requested relief are denied.

☑ **Frivolous:**

Staff are following current protocol. There is no violation of policy, laws, or procedures.

| Signature: | Keri Moore for |
| --- | --- |
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 9/17/20 |

CC: DC-15/Superintendent - Rockview
Grievance Office

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-F                               Issued: 1/26/2016  Effective: 2/16/2016

BT7263     Grievance #: 881874

PEW, ALFONSO                                                                                Page1 of 1

# SCI
# INMATE APPEAL TO FACILITY MANAGER
# GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BC7253 | Alcaraz(?) | BA 258 | 8/15/20 | 881855 |

I received my initial response from the Grievance Office/Coordinator on 8-15-20 and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

I am appealing grievance answer

① The BB/BC small yard being used does not have a bathroom facility for urine nor defecation and is a lie cover up that officer allow inmates to leave exercise yard for bathroom on unit prior to the 1 hour yard ending the inmates go to bathroom on the ground and the grass.

② There is no other exercise yard for BA unit to use.

③ I appeal the frivolous determination

INMATE SIGNATURE: Alfonso Percy Pew

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 2 – Appeals                                    Attachment 2-A
Issued: 1/26/2016
Effective: 2/16/2016

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE # |
|---|---|---|---|---|
| BT3265 | Allesocko | Rockview | 8-19-20 | 881853 |

I received my appeal from the Superintendent on _____ and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

Grievance initial copy #1
Grievance Answer #2
Appeal Of Grievance Answer #3
Appeal Answer

Appeal Issues To Johnwetzel SOIGA

① The grieved parties are U/M Clerk, Mrs Hoffman, Dep Hunser, Vanadee, SGT R, John Wetzel, NFull Bright Set wide in part "He excuses Yeard Had a causal (?) level no bathing facility and Soc hold inmates on it." I feel should be up while held in part "You are correct, the Unit Yard should be upheld inmates on the yard because its an undefined #2. Related ③ The Deputy Rivello violated the Constitution because the Sile is undefined #1 attacked. ③ The law Federal Constitution is being violated. The constitutions are undefined per #4

**INMATE SIGNATURE:** _____

just because the PA DOC placed out of an alleged procedure it is still a violation of law Federal Constitution 8th Amendment and 14th Amendment Equal Protection Clause as other PA DOC Facilities have bathrooms and urinals access in yards including Rockview A and B Yards have them in it so I appeal the Frivolous determination and should be upheld inmost in part.



# Final Appeal Decision

### Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

09/17/2020 09:55

| Inmate Name: | PEW, ALFONSO | DOC #: | BT7263 |
|---|---|---|---|
| SCI Filed: | Rockview | Current SCI: | Rockview |
| Grievance #: | 881853 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision: Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

You claim that the exercise yard used by BA unit does not have a urinal, a toilet, or any bathroom facilities. You say that you take water pills and go to the bathroom frequently, which prevents you from going to the yard. You say that you would like to remain in the SNU, but be permitted to use A and B yards because they have bathrooms. You contend that your constitutional amendment rights are being violated. You request to use A and B yards, for a bathroom to be built in BB yard, and $2,000.00 for each yard missing.

A review of the record found that if you notify staff that you must use the restroom while at yard on BB, you will be permitted back into the block. There is no evidence provided that you have ever done this. The Grievance Officer provided you with a detailed response to your grievance. Not going to yard is your own choice - you are not being denied. Your grievance and requested relief are denied.

☑ **Frivolous:**

There was no violation of law, procedures, or policy. You chose not to attend yard.

| Signature: | Keni Woone for |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 9/17/20 |

CC: DC-15/Superintendent - Rockview
Grievance Office

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-F                                    Issued: 1/26/2016  Effective: 2/16/2016

BT7263    Grievance #: 881853

PEW, ALFONSO                                                                                              Page1 of 1

(Exhibit #56)

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| BT-7263 | Alan R. Parker | Rockview | 2/24/20 | 851225 |

I received my appeal from the Superintendent on _____ and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

Original Rockview Grievance #1
Correspondence Initial Review #2
Grievance Appeal (Facility Manager) #3
Facility Manager Response #4

[illegible handwritten text regarding BA unit, skill exercise yard, coronavirus quarantine, etc.]

At this time of Appeal, BA Unit is ... put into its BC skill exercise ... all together due to Corona virus quarantine. This is a example that BA Unit skill needs a skill (use) BA exercise yard in front of BA block.

I appeal frivolous determination.

INMATE SIGNATURE: [signature]

I seek $50,000.00 each claim.

→ **Final Appeal Decision** ←

→ Secretary's Office of Inmate Grievances & Appeals ←
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

→ 04/15/2020 08:08 ←

GB-9

| | | | |
|---|---|---|---|
| **Inmate Name:** | PEW, ALFONSO | **DOC #:** | BT7263 |
| **SCI Filed:** | Rockview | **Current SCI:** | Rockview |
| **Grievance #:** | 851325 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision: Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

You claim that you are a D code inmate with physical disabilities regarding back issues. You say that BA unit in the SNU does not have an exercise yard like the RTU. You say that policy 13.8.1. indicates that the SNU shall have a separate yard or yard period as is operationally feasible. You say that you are affected with poor health, but no separate yard. You request that a separate SNU yard is built like the RTU. You request $50,000.00 from each person named in your grievance.

A review of the record found that the Grievance Coordinator provided you with a detailed response to your grievance. As stated, it was determined that your needs are being met with the morning, afternoon, and evening (summer) yard times without having to build and maintain a separate SNU yard. There is no evidence that you are being denied yard. Your grievance and requested relief are denied.

☒ **Frivolous:**

It was found that no policies, procedures, or laws have been violated. You are not being denied yard.

| | |
|---|---|
| **Signature:** | → *[signature]* ← |
| **Name:** | → D. Varner ← |
| **Title:** | Chief Grievance Officer |
| **Date:** | 04/15/20 |

CC: DC-15/Superintendent - Rockview
Grievance Office

---